UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAR 4 TRANSPORT, LLC, et al., | No. 14-cv-10318 |
| Plaintiff, | |
| v. | |
| NAVISTAR, INC., | |
| | Hon. Joan B. Gottschall |
| Defendant. | |

## SCHEDULING ORDER

It is hereby ORDERED as follows:

1. Plaintiffs' counsel for Par 4 Transport and other related plaintiffs' counsel of MDL No. 2590 have requested that the Court issue a briefing schedule for consideration of applications for appointment of interim class counsel. Based on agreement of Plaintiffs' counsel, the Court hereby orders the following briefing schedule:

2. Motions for appointment of Interim Class Counsel pursuant to Rule 23(g) shall be filed on or before February 6, 2015.

3. Responses to timely filed motions shall be filed on or before February 13, 2015. No reply filing shall be allowed unless otherwise ordered by the Court.

4. This matter shall be set for status hearing on February 20, 2015, at 9:30 am.

Dated this 30th day of January, 2015.

_____
THE HONORABLE JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE

1