# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation** | **Master Case No. 1:14-cv-10318**<br><br>**This filing applies to:**<br><br>*Ferguson Enterprises, Inc. v. Navistar, Inc. et al.*, 1:16-cv-11164<br><br>*Cardinal Logistics Management Corporation v. Navistar, Inc. et al.*, 1:17-cv-06472<br><br>*Floyd Blinksy Trucking, Inc. v. Navistar, Inc. et al.*, 1:15-cv-06718<br><br>*All Freight Systems, Inc. v. Navistar, Inc. et al.*, 1:15-cv-01256<br><br>*Adrian Trucking v. Navistar, Inc., et. al.*, 1:17-cv-01413<br><br>*Great Plains Trucking, Inc. v. Navistar, Inc. et al.*, 1:15-cv-01568<br><br>*Duffy's Waste and Recycling, Inc. v. Navistar, Inc. et al.*, 1:16-cv-00803<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Michael T. Mason** |

**PROPOSED SCHEDULING ORDER**

Plaintiffs Ferguson Enterprises ("Ferguson"), Cardinal Logistics Management Corporation ("Cardinal Logistics"), Floyd Blinsky Trucking, Inc. ("Blinsky"), All Freight Systems, Inc. ("All Freight"), Adrian Trucking, Inc. ("Adrian Trucking"), Great Plains Trucking, Inc. ("Great Plains"), and Duffy's Waste and Recycling, Inc. ("Duffy's Waste") (collectively the "Direct Action Plaintiffs") have filed direct action matters against Defendants Navistar, Inc. and Navistar International Corporation ("Navistar" collectively) in regard to alleged defective engines sold by Navistar. These matters have been reassigned to the multi-district litigation before this

Court addressing similar claims by other plaintiffs. Because the above-named Direct Action Plaintiffs are not part of any class action and do not intend to join or pursue class relief, they have requested a trial and discovery schedule separate from the schedule governing the class action plaintiffs in this MDL ("Class Action Proceedings"). Navistar opposes the entry of a separate schedule for these Plaintiffs.

Having considered the Parties' briefing and arguments, the Court grants the Direct Action Plaintiffs' motion and Orders as follows:

1. On or before **November 30, 2017,** the Direct Action Plaintiffs and Navistar shall each execute or agree to be governed by the Stipulated Protective Order Regarding Confidentiality (Dkt. No. 125) and the Order Regarding Discovery of Electronically Stored Information (Dkt. No. 126). The Direct Action Plaintiffs shall also be bound by the terms of the Vehicle Inspection Protocol (Dkt. No. 138).

2. The Parties shall conduct fact discovery relevant to the matters identified in this Order, to be completed by **April 30, 2018.** To the extent feasible and consistent with the parties' interests in discovery, the Parties will utilize existing discovery developed and completed in the class action MDL proceeding or any underlying case prior to transfer to the MDL and avoid duplication of that discovery.

3. The materials produced by Navistar in the class action discovery shall be made available to the Direct Action Plaintiffs in these matters. The Direct Action Plaintiffs will work with Class Liaison Counsel to obtain access to those materials.

4. The Direct Action Plaintiffs will serve their initial expert reports by **July 13, 2018**, and the Direct Action Plaintiffs shall produce experts for depositions no later than **August 10, 2018.**

5. Navistar will serve its experts' reports no later than **August 31, 2018** and will produce its experts for deposition no later than **September 11, 2018.**

6. Rebuttal expert reports, if any, shall be filed by **September 21, 2018,** and rebuttal expert depositions shall be conducted by **October 12, 2018.**

7. Dispositive motions shall be filed no later than **October 26, 2018.**

8. The Court will hold a pre-trial hearing on ________________ to address issues involving the trial of the case.

9. All evidentiary and motions in limine shall be filed no later than __________.

10. The Court will set a trial schedule for these matters with trial(s) beginning around **December _____, 2018.**

11. Should any aspect of this Scheduling Order vary from provisions contained in the Local Rules, compliance with such Local Rule(s) is excused.

JUDGE JOAN B. GOTTSCHALL
U.S. DISTRICT JUDGE

ENTERED:________________________