# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re Navistar MaxxForce Engines** | ) | **Case No. 1:14-cv-10318** |
| **Marketing, Sales Practices and Products** | ) | **This filing applies to:** |
| **Liability Litigation** | ) | *Ferguson Enterprises, Inc. v. Navistar, Inc.* |
| | ) | *et al.*, Case No. 1:16-cv-11164 |
| | ) | |
| | ) | *Cardinal Logistics Management* |
| | ) | *Corporation v. Navistar, Inc. et al.*, Case |
| | ) | No. 1 :17-cv- 06472 |
| | ) | |
| | ) | *Floyd Blinksy Trucking, Inc. v. Navistar,* |
| | ) | *Inc. et al.*, 1:15-cv-06718 |
| | ) | |
| | ) | *All Freight Systems, Inc. v. Navistar, Inc. et* |
| | ) | *al.*, 1:15-cv-01256 |
| | ) | |
| | ) | *Adrian Trucking v. Navistar, Inc., et. al.,* |
| | ) | 1:17- cv-01413 |
| | ) | |
| | ) | *Great Plains Trucking, Inc. v. Navistar,* |
| | ) | *Inc. et al.*, 1:15-cv-01568 |
| | ) | |
| | ) | *Duffy's Waste and Recycling, Inc. v.* |
| | ) | *Navistar, Inc. et al.*, 1:16-cv-00803 |
| | ) | |
| | ) | |
| | ) | **Judge Joan B. Gottschall** |
| | ) | |
| | ) | **Magistrate Judge Mason** |

## INTERIM CO-LEAD CLASS COUNSEL'S RESPONSE TO DIRECT ACTION PLAINTIFFS' REQUEST FOR SEPARATE DISCOVERY AND TRIAL SCHEDULE

Interim Co-Lead Class Counsel ("Lead Counsel") respectfully submit this response to the Direct Action Plaintiffs' motion for a separate discovery and trial schedule. As a general matter, Lead Counsel do not oppose Direct Action Plaintiffs' plan to proceed with their cases, subject to two caveats addressed below. That is because Lead Counsel understand the importance of all actions in this MDL proceeding efficiently, and their obligation to work to ensure that is accomplished. Just as the Direct Action Plaintiffs have indicated a desire to work cooperatively within the MDL structure, Lead Counsel will work cooperatively with Direct Action Plaintiffs to ensure that they can prosecute their claims in a timely and efficient manner, while not duplicating or interfering with any work that has been performed by Lead Counsel or that is ongoing, or delaying the Court's consideration of class certification and related issues.

Lead Counsel respectfully request, however, that any order permitting the Direct Action Plaintiffs to go forward now should come with two additional conditions:

First, no summary judgment motion or trial should go forward in a Direct Action Plaintiff case until Lead Counsel determine whether Navistar has the financial resources to pay all outstanding claims against it, both class and Direct Action. That is, whether this Court may need to certify all claims, including those of the Direct Action Plaintiffs, for class treatment as a "limited fund." See Fed. R. Civ. P. 23(b)(1). Lead Counsel will serve the relevant discovery within 10 days. The need to conduct that inquiry, however, need not delay the commencement of Direct Action Plaintiffs' prosecution of their cases in the interim.

Second, any order permitting the Direct Action Plaintiffs to proceed should be expressly conditioned on entry of a common benefit order of the type routinely entered in MDL cases. This ensures that the Direct Action Plaintiffs compensate Lead Counsel for the work they have performed and costs they have incurred for the common benefit of all Plaintiffs. Lead Counsel

have broached this topic with Direct Action Counsel, and the parties are meeting and conferring on it.  If agreement is reached, they will submit a joint proposed common benefit order for the Court's consideration.  If they cannot reach an agreement, Lead Counsel will move for entry of such an order.

Dated:  November 21, 2017                    Respectfully submitted,

                                             By: */s Laurel G. Bellows*
                                                  Laurel G. Bellows
                                                  lbellows@bellowslaw.com


Laurel G. Bellows                            Jonathan D. Selbin
Schuyler Geller                              Jason L. Lichtman
THE BELLOWS LAW GROUP, P.C.                  LIEFF CABRASER HEIMANN
209 South LaSalle Street, #800               & BERNSTEIN, LLP
Chicago, Illinois  60604                     250 Hudson Street, 8th Floor
312.332.3340                                 New York, New York  10013
                                             212.355.9500


Adam J. Levitt                               William M. Audet
Amy E. Keller                                Steven Weinmann
DiCELLO LEVITT & CASEY LLC                   AUDET & PARTNERS, LLP
Ten North Dearborn Street, 11th Floor        711 Van Ness Avenue, Suite 500
Chicago, Illinois  60602                     San Francisco California  94102
312.214.7900                                 415.568.2555

3

## CERTIFICATE OF SERVICE

I, Schuyler Geller, certify that on November 21, 2017, I caused a copy of the foregoing to be served on all parties of record via the Court's ECF system.

/s/ Schuyler Geller