# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | ) ) ) ) ) ) ) ) | Case No. 1:14-cv-10318<br><br>This filing applies to:<br>All Class Cases<br><br>Judge Joan B. Gottschall |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following Plaintiffs' claims are dismissed with prejudice: OMCO Enterprises, LLC; ALJEN Enterprises, LLC; A.T.T. Trucking LLC; H.J. O'Malley Trucking, LLC; Traficanti Trucking, LLC; B&T Express, Inc; and Emerald Trucking LLC. Six of these Plaintiffs are parties to case number 1:14-cv-05841 (N.D. Ill.), which, the parties stipulate and agree, is dismissed with prejudice in its entirety. Emerald Trucking, LLC is party to case number 1:14-cv-07531 (N.D. Ill.), which will not be dismissed, as a different Named Plaintiff remains a party to that case. Each party will bear its own costs and attorneys' fees.

Dated: December 21, 2017

Respectfully jointly submitted,

By: /s/ *Jonathan D. Selbin*
     Jonathan D. Selbin

| | |
|---|---|
| Laurel G. Bellows<br>Schuyler Geller<br>THE BELLOWS LAW GROUP, P.C.<br>209 South LaSalle Street, #800<br>Chicago, Illinois 60604<br>312.332.3340 | Jonathan D. Selbin<br>Jason L. Lichtman<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York 10013<br>212.355.9500 |
| Adam J. Levitt<br>Amy E. Keller<br>DiCELLO LEVITT & CASEY LLC<br>Ten North Dearborn Street, 11th Floor<br>Chicago, Illinois 60602<br>312.214.7900 | William M. Audet<br>Steven Weinmann<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco California 94102<br>415.568.2555 |

By: /s/ *Robin M. Hulshizer*
Robin M. Hulshizer


Robin M. Hulshizer
  robin.hulshizer@lw.com
Cary R. Perlman
  cary.perlman@lw.com
Mark S. Mester
  mark.mester@lw.com
Kathleen P. Lally
  kathleen.lally@lw.com
Christopher R. Dyess
  chris.dyess@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700

1

2

**CERTIFICATE OF SERVICE**

On December 21, 2017, I filed the foregoing document via ECF, which automatically serves all counsel of record.

/s/ *Andrew R. Kaufman*
Andrew R. Kaufman