170540

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NAVISTAR MAXXFORCE ENGINES MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-10318<br>Judge Joan B. Gottschall |

**MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCES FOR
NON-PARTY DAIMLER TRUCKS NORTH AMERICA, LLC**

NOW COME attorneys Mark H. Boyle and Ellen L. McHugh and DONOHUE BROWN MATHEWSON & SMYTH, attorneys appearing for non-party, DAIMLER TRUCKS NORTH AMERICA LLC and respectfully move this Court to withdraw their appearances. In support thereof, these attorneys state as follows:

1. On August 9, 2017, attorney Mark H. Boyle ("Boyle") of Donohue Brown Mathewson & Smyth LLC filed an Attorney Appearance Form on behalf of Daimler Trucks North America LLC ("DTNA"). (Dkt. 219.)

2. On August 10, 2017, attorney Ellen L. McHugh ("McHugh") of Donohue Brown Mathewson & Smyth LLC filed an Attorney Appearance Form on behalf of Daimler Trucks North America LLC ("DTNA"). (Dkt. 219.)

3. Attorneys Boyle and McHugh appeared on behalf of DTNA in response to a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") issued to DTNA by class plaintiffs in this action.

4. DTNA moved to quash the Subpoena served on non-party DTNA via a motion (Dkt. 220) and brief in support (Dkt. 248).

5. On September 29, 2017, Magistrate Judge Michael T. Mason granted DTNA's Motion to Quash the Subpoena. (Dkt. 285.)

6. Class Plaintiffs thereafter objected to Judge Mason's order (Dkt. 309) and sought to supplement the record before this Court. (Dkt. 310.)

7. This Court denied Class Plaintiffs Motion to Supplement the Record and referred Plaintiffs back to Magistrate Judge Mason. (Dkt. 317.)

8. Judge Mason considered Plaintiffs' objection and motion to supplement the record as a motion to reconsider his order granting DTNA's motion to quash. (Dkt. 324.)

9. On December 5, 2017, Judge Mason issued a written opinion granting the portion of Plaintiffs' Motion to Reconsider affirming that no class certification or damages measures were resolved in his September 29, 2017 order, and otherwise denied the remainder of Plaintiffs' motion. (Dkt. 354.)

10. Class Plaintiffs have filed no further objection to Judge Mason's December 5, 2017 written opinion.

11. Thus, all issues in this litigation relating to non-party DTNA have been resolved.

12. Non-party DTNA has been provided with a copy of this motion and is in agreement with the withdrawal by attorneys Boyle and McHugh.

**WHEREFORE**, attorneys Mark H. Boyle and Ellen L. McHugh and DONOHUE BROWN MATHEWSON & SMYTH LLC, now request leave of Court to withdraw their appearance on behalf of Daimler Trucks North America LLC, *instanter*.

Respectfully submitted,

DONOHUE BROWN MATHEWSON & SMYTH, LLC

By: /s/ Ellen L. McHugh_____
     Mark H. Boyle, ARDC # 6200934

- 2 -

- 3 -

                               Ellen L. McHugh, ARDC # 6190691
                               DONOHUE BROWN MATHEWSON & SMYTH LLC
                               140 South Dearborn Street, Suite 800
                               Chicago, IL  60603
                               Telephone:  (312) 422-0900
                               Facsimile:    (312) 422-0909
                               boyle@dbmslaw.com
                               mchugh@dbmslaw.com