# EXHIBIT A

**NAVISTAR**

CTS-2004P

Effective with vehicles built January 11, 2010 or later.

## LIMITED WARRANTY FOR MODELS
Transtar®, 9000i, ProStar+™, LoneStar®

### OBTAINING SERVICE
Return this vehicle to any International Truck Dealer authorized to service this model vehicle and engine.

### DISCLAIMER
NO WARRANTIES ARE GIVEN BEYOND THOSE DESCRIBED HEREIN. THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED. THE COMPANY SPECIFICALLY DISCLAIMS WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ALL OTHER REPRESENTATIONS TO THE USER/PURCHASER, AND ALL OTHER OBLIGATIONS OR LIABILITIES. THE COMPANY FURTHER EXCLUDES LIABILITY FOR INCIDENTAL AND CONSEQUENTIAL DAMAGES ON THE PART OF THE COMPANY OR SELLER. No person is authorized to give any other warranties or to assume any liabilities on the Company's behalf unless made or assumed in writing by the Company; and no other person is authorized to give any warranties or to assume any liabilities on the seller's behalf unless made or assumed in writing by the seller.

> **Remedies Under State or Provincial Law:** Some States and Provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to the owner. This warranty gives the owner specific legal rights, and he may also have other legal rights which may vary by state or province.

### RECORD OF OWNERSHIP
Upon receipt of new vehicle by original owner, complete the following:
I have read this Warranty Brochure and fully understand the warranty coverage. I acknowledge that I have received a copy of the Owner's Limited Warranty and I accept the terms described herein.

_____    _____
Customer Signature             Date

_____  _____  _____  _____
Owner's Address          City        State/Prov  Postal Code

_____  _____
Truck Model              Vehicle Identification Number

_____  _____
Engine Number            Engine Serial Number

_____  _____
Date Delivered to User (DTU)  Odometer Reading at Delivery

IMPORTANT: The information contained in this Warranty Policy explains the coverage provided on your new Navistar vehicle. This policy should be kept in the vehicle for presentation to the Dealer when you request warranty services.

### BASIC VEHICLE
Navistar, Inc. at its option, will repair or replace any part of this vehicle which proves defective in material and/or workmanship in normal use and service, with new or ReNEWed parts, for the first 12 months from new vehicle delivery date, or for 100,000 Miles (160,000 Km) plus the miles/kilometers at the time the vehicle had the DTU (delivered to user) performed, whichever expiration occurs first. Exceptions are listed below under *What Is Not Covered*.

*This warranty is automatically transferred to subsequent owners at no charge. Visit your local International Dealer for name and address change information.*

### COMPONENT COVERAGE
The components described below are given **additional** warranty coverage of variable time periods and distance traveled limitations, as shown in the *Warranty Coverage Schedule*.
1. Frame Side Rails.
2. Cab/Cowl Structure (on-highway applications).
3. The Cab/Cowl is warranted against perforation due to corrosion, except for perforation caused by chemicals and/or corrosion caused by use in a corrosive environment.
4. Navistar Diesel Engines including: block, cylinder heads, fuel pump, high pressure pump, turbocharger, internally lubricated components, and water pump; electronic modules, relays, sensors and regulators required for electronic engine operation. **MaxxForce® Injectors/nozzles are covered for 24 months/150,000 miles (240,000 Km).** Excluded are attaching accessories (e.g., fan clutch, alternator, starter, etc.), thermostats, and externally mounted electrical and filtration systems. **MaxxForce® 11/13 Major Components are covered for 60 months/500,000 miles (800,000 Km)** cylinder block, main bearing bolts, cylinder head casting and capscrews, crankshaft, camshaft, cam follower assm, connecting rods/caps/bolts, intake manifold castings, gear train gear(s).
5. Main Transmission (except Allison), Auxiliary Transmission, and Transfer Case Assemblies.
6. Rear axles, Differential(s), and Housing(s). Excluded are brakes, wheel ends, axle shafts, controls & attachments.
7. Front Axle Assembly, including I-beam, kingpins, bushings, and spindles. Excluded are brakes and wheel ends.
8. Major Drivetrain components – on-highway applications.

(Refer to supplier information)

Note: The customer has 365 days and up to a maximum of 100,000 miles (160,000 km) from DTU (delivery to end user) to purchase an extended warranty on the unit. For extended warranty purchases between, 181 through 365 days from DTU and <100,000 miles (160,000 km) an additional fee will be assessed. See your local International dealer for details.

**NAVISTAR**

## WARRANTY COVERAGE SCHEDULE

| Items Covered | Months | Miles/Km (000) |
|---|---|---|
| **BASIC VEHICLE COVERAGE** | | |
| Basic Vehicle Warranty (Feature 40011) | 12 | 100/160 |
| Towing (Vehicles with MaxxForce® 11/13 engine failures only) | 24 | Unlimited |
| **COMPONENTS** | | |
| Batteries | 12 | 100/160 |
| Frame Side Rails | 60 | Unlimited |
| Cab Structure | 60 | Unlimited |
| Cab Perforation/Corrosion | 60 | Unlimited |
| Cab Paint and Paint Adhesion | 12 | 100/160 |
| Wheel Seals | 12 | 100/160 |
| Windshield Glass | 12 | 100/160 |
| Brightwork, Chassis Paint and Corrosion (other than Cab) | 6 | Unlimited |
| **ENGINE** | | |
| Fire Trucks, Ambulances, Emergency Rescue application only | | |
|    MaxxForce® 11/13 Engine | 60 | 100/160 |
|    MaxxForce® 10 Engine | 60 | 100/160 |
| Non-Rescue Applications | | |
|    MaxxForce® 10 Engine | 36 | 300/480 |
|    MaxxForce® 10 Injection Nozzles | 24 | 150/240 |
|    MaxxForce® 11/13 Engine | 24 | Unlimited |
|    MaxxForce® 11/13 Injection Nozzles | 24 | 150/240 |
|    MaxxForce® 11/13 Major Components | 60 | 500/800 |
| **DRIVETRAIN** | | |
| Rear Axle Weight Ratings of 52,000-lb and less | | |
|    Front Axle Assembly | 36 | 300/480 |
|    Transmission | 36 | 300/480 |
|    Rear Axle and Differential | 36 | 300/480 |
| Rear Axle Weight Ratings Greater than 52,000-lb | | |
|    Front Axle Assembly | 12 | Unlimited |
|    Transmission | 12 | Unlimited |
|    Rear Axle and Differential | 12 | Unlimited |
| **DRIVETRAIN COMPONENTS-AS WARRANTED BY SUPPLIERS** | | |
| (On–Highway Tractors Only- Reference Supplier Information)* | | |
| *The drivetrain Supplier may offer additional warranty coverage beyond 36 months/300,000 miles (480,000 Km) as a part of their standard warranty. For information regarding additional supplier coverage's, please refer to specific policies from supplier warranty statements. You may acquire these materials from the supplier direct or your local International Dealer. | | |

NOTE: Any failures resulting from improper Allied Equipment installation or Equipment compatibility with the Truck components will be the responsibility of the Equipment installer or manufacturer.

Any failures resulting from improper alteration to the original components will be the responsibility of the company or person performing the alterations.

Allison transmission warranty no administered by Navistar.

OEM Engine warranty not administered by Navistar.

## WHAT IS NOT COVERED

**AFTER THE FIRST 90 DAYS FROM DELIVERY TO USER (DTU):**

- Correction of loose fasteners, squeaks, rattles and unusual noises.
- Towing, except MaxxForce® 11/13 engine failures.
- Adjustments (e.g., headlights, brake/clutch adjustments, steering system adjustments, coolant levels).

**COMPONENTS / ITEMS:**

- Warranted by their respective manufacturers (e.g., non–Navistar brand engines, tires & tubes, Allison Transmissions, lubricants, etc.)
- Bodies, equipment and accessories installed by other than authorized Navistar Truck employees at Navistar Truck manufacturing plants.
- Front and rear axle alignment.
- Major Component Coverage - Damage caused by failure related to lubricated components including bearings/bushings and power cylinder including oil consumption.

**REPAIRS:**

- Maintenance-related items/repairs or those as a result of normal wear and tear, including tune-ups, brake/clutch lining, windshield wiper blades, tire balancing, lubrication and other similar procedures/parts required to keep vehicle in good working condition.
- To any part of the vehicle subjected to misuse, negligence, improper maintenance, improper operation, or which are the results of an accident.
- Fade, runs, mismatch or damage to paint, trim items, upholstery, chrome, polished surfaces, etc., resulting from environmental causes, improper polishes, cleaners or washing solutions, or chemical and industrial fallout.
- In which power train, propshaft and suspension sales guidelines (specifications) are not strictly adhered to by all owners and operators of this vehicle.

**OTHER:**

- Vehicles sold and/or operated outside the United States and Canada.
- Vehicles/components which have had unauthorized alterations or modifications.
- Vehicles on which the odometer reading has been altered.
- Loss of time or use of the vehicle, loss of profits, inconvenience, or other consequential or incidental damages or expenses.
- Replacement of defective parts with parts other than those provided by Navistar, Inc.

Made in the USA           Page 2 of 2           CTS-2004P    Revised    3/2010