# EXHIBIT B

# International® MaxxForce® 11 and 13 Diesel Engines

For
2008 through 2009 Model Year
Truck and Derivative Vehicle Applications

# Engine Operation and Maintenance Manual

© 2009 Navistar, Inc. All rights reserved.

Form No. 1171898R5
Printed in the United States of America

# WARRANTY

## Warranty

### Federal Emission System Warranty

**WARRANTY PERIOD**

Navistar Inc. warrants your heavy-heavy duty diesel engine for the following warranty period (whichever comes first):

- 5 years
- 160,000 km (100,000 miles)
- Or if covered by any basic or extended warranty (if greater than above)

Your heavy-heavy duty diesel engine conforms to U.S. Environmental Protection Agency (EPA) regulations for emission systems.

The engine model year, service class, and required emission information is on the emission label on top of the high pressure charge air cooler. This warranty is based on the engine model year, not the model year of the vehicle. The warranty period begins on the date the new vehicle is delivered to the first retail purchaser.

**REQUIRED MAINTENANCE**

As the vehicle owner, you are responsible for all required maintenance described in this manual. Navistar recommends that you retain all maintenance receipts. Navistar will not deny an emission warranty claim solely because you have no record of maintenance. However, a claim may be denied if your failure to perform proper maintenance resulted in the failure of a warranted part and you cannot provide appropriate evidence of maintenance. Take your vehicle to an International® dealer when a problem occurs.

**WARRANTY REPAIRS AND SERVICE**

All emission control system parts proven defective during normal use will be repaired or replaced during the warranty period. Warranty repairs and service will be done by any authorized International® dealer with no charge for parts, labor and diagnostics. Warranty repairs should be completed in a reasonable time, not to exceed 30 days. Navistar may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

**RECOMMENDED MAINTENANCE OR REPAIR PARTS**

International® service parts or International® ReNEWed™ parts are recommended for maintenance or repairs to maintain the original quality of your emission certified engine. If parts not recommended by Navistar cause damage to the engine or vehicle, the warranty is invalid and maintenance and repair costs will not be covered.

# WARRANTY

## Federal Emission System Warranty (cont.)

### EMERGENCY REPAIRS

Emergency repairs are recognized if the parts are not available within 30 days or the repairs are not completed within 30 days. If an International® dealer is not reasonably available, the vehicle owner or any service establishment can install any replacement part.

Navistar will reimburse you for emergency repairs (including diagnostics) for the following:

- Replacement parts that do not exceed manufacturer's suggested retail price.
- Labor charges based on manufacturer's recommended time allowance and geographic hourly rate.

Replaced parts and paid invoices must be given to an International® dealer for reimbursement of emergency repairs.

### WHAT IS NOT COVERED BY WARRANTY

#### Unauthorized parts or expendable parts

- Parts other than International® service parts or ReNEWed™ parts.
- Aftermarket parts or service kits
- Non-defective parts replaced by other than International® dealer.
- Parts requiring replacement at inspection or adjustment maintenance intervals for reasons other than being defective.
- Replacement of expendable items made in connection with scheduled maintenance.

#### Vehicle, engine, and part malfunctions caused by the following:

- Use of incorrect fuel, engine oil, or coolant.
- Failure to maintain correct maintenance schedule.
- Incorrect adjustments, modifications, alterations, tampering or disconnection of vehicle components.
- Abuse or misuse of engine.
- Accidents, acts of nature or other events beyond control of Navistar.

#### Conditions not covered by warranty

- Vehicles registered and normally operated outside the United States.
- Loss of time, inconvenience, use of vehicle/engine or commercial loss.
- Vehicles with an altered or disconnected odometer or hourmeter when mileage or hours cannot be determined.

Case: 1:14-cv-10318 Document #: 375-2 Filed: 01/09/18 Page 5 of 8 PageID #:7201

# WARRANTY

## Federal Emission System Warranty (cont.)

### WARRANTY RIGHTS AND RESPONSIBILITIES

Navistar assures that the emission warranty is being properly administered. If you have not received satisfactory service or have questions regarding your warranty rights and responsibilities, contact the regional office for assistance. The address and phone number of each regional office is listed in your vehicle *Operator's Manual*. If additional assistance is required, contact the Manager of Customer Relations.

Manager, Customer Relations
Navistar, Inc.
4201 Winfield Road
Warrenville, Illinois 60555
(Telephone 1-800-448-7825)

# WARRANTY

## California Emission System Warranty

### WARRANTY PERIOD

Navistar, Inc. warrants your heavy heavy-duty diesel engine for the following warranty period (whichever comes first):

- 5 years
- 160,000 km (100,000 miles)
- 3,000 hours
- Or if covered by any basic or extended warranty (if greater than above)

Your heavy-heavy duty diesel engine conforms to applicable California Air Resources Board (CARB) regulations. This vehicle is registered and certified for sale in California.

The engine model year, service class, and required emission information is on the emission label on top of the high pressure charge air cooler. This warranty is based on the engine model year, not the model year of the vehicle. The warranty period begins on the date the new vehicle is delivered to the first retail purchaser.

### REQUIRED MAINTENANCE

As the vehicle owner, you are responsible for all required maintenance described in this manual. Navistar recommends that you retain all receipts covering maintenance on your truck, but Navistar will not deny warranty solely for the lack of receipts or your failure to ensure the performance of all scheduled maintenance. However, a claim may be denied if Navistar demonstrates that the (engine/vehicle) has been abused, neglected, or improperly maintained, and that such abuse, neglect, or improper maintenance was the direct cause of the need for the repair or replacement of the part. Take your vehicle to an International® dealer when a problem occurs.

### WARRANTY REPAIRS AND SERVICE

All emission control system parts proven defective during normal use will be repaired or replaced during the warranty period. Warranty repairs and service will be done by any authorized International® dealer with no charge for parts, labor and diagnostics. Warranty repairs should be completed in a reasonable time, not to exceed 30 days. Navistar may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

### RECOMMENDED MAINTENANCE OR REPAIR PARTS

International® service parts or International® ReNEWed™ parts are recommended for maintenance or repairs to maintain the original quality of your emission certified engine. If parts not recommended by International® cause damage to the engine or vehicle, the warranty is invalid and maintenance and repair costs will not be covered.

# WARRANTY

## California Emission System Warranty (cont.)

### EMERGENCY REPAIRS

Emergency repairs are recognized if the parts are not available within 30 days or the repairs are not completed within 30 days. If an International® dealer is not reasonably available, the vehicle owner or any service establishment can install any replacement part.

Navistar will reimburse you for emergency repairs (including diagnostics) for the following:

- Replacement parts that do not exceed manufacturer's suggested retail price.
- Labor charges based on manufacturer's recommended time allowance and geographic hourly rate.

Replaced parts and paid invoices must be given to an International® dealer for reimbursement of emergency repairs.

### WHAT IS COVERED BY WARRANTY

New vehicles and engines, registered and certified for sale in California, have the following items covered by the emission warranty when first installed on the engine as original equipment by Navistar:

- Fuel injection system
- Air induction system (includes turbocharger, exhaust manifold, and intake air duct)
- Positive Crankcase Ventilation (PCV) system – if applicable (includes PCV valve and oil fill cap)
- Diesel Particulate Filter (DPF)
- Hoses, clamps, fittings and tubing
- Pulleys, belts and idlers
- Vacuum, temperature and time sensitive valves and switches

### WHAT IS NOT COVERED BY WARRANTY

#### Unauthorized parts or expendable parts

- Parts other than International® service parts or International® ReNEWed™ parts.
- Aftermarket parts or service kits
- Non-defective parts replaced by other than International® dealer.
- Parts requiring replacement at inspection or adjustment maintenance intervals for reasons other than being defective.

# WARRANTY

## California Emission System Warranty (cont.)

### WHAT IS NOT COVERED BY WARRANTY (cont.)

- Replacement of expendable items made in connection with scheduled maintenance.

### Vehicle, engine, and part malfunctions caused by the following:

- Use of incorrect fuel, engine oil, or coolant
- Failure to maintain correct maintenance schedule
- Incorrect adjustments, modifications, alterations, tampering or disconnection of vehicle components.
- Abuse or misuse of engine
- Accidents, acts of nature or other events beyond control of International®.

### Conditions not Covered by Warranty

- Vehicles registered and normally operated outside the United States.
- Loss of time, inconvenience, use of vehicle/engine or commercial loss.
- Vehicles with an altered or disconnected odometer or hourmeter when mileage or hours cannot be determined.

### WARRANTY RIGHTS AND RESPONSIBILITIES

Navistar assures that the emission warranty is being properly administered. If you have not received satisfactory service or have questions regarding your warranty rights and responsibilities, contact the regional office for assistance. The address and phone number of each regional office is listed in your vehicle *Operator's Manual*. If additional assistance is required, contact the Manager of Customer Relations.

Manager, Customer Relations
Navistar, Inc.
4201 Winfield Road
Warrenville, Illinois 60555
(Telephone 1-800-448-7825)

If further questions of warranty rights and responsibilities remain, contact:

The Air Resources Board
9528 Telstar Avenue
El Monte, California 91731