# EXHIBIT C



MAXXFORCE® 9/10/DT
2010 EMISSION-COMPLIANT ENGINES
MAXXFORCE®
MAINTENANCE INFORMATION GUIDE
INTERNATIONAL® TRUCK ON-HIGHWAY APPLICATIONS
ALWAYS PERFORMING.

# ALWAYS PERFORMING.

MAKING THE MOST OF YOUR INTERNATIONAL® VEHICLE. BACKED BY THE INDUSTRY'S LARGEST NETWORK, INTERNATIONAL® AND IC BUS™ VEHICLES EQUIPPED WITH THE MAXXFORCE® 9/10/DT ENGINES ARE BUILT FOR THE LONG HAUL.

With proper maintenance, you can make the most of your engine and ensure that it not only works with you, but also *for* you.

From basic engine warranty information to interval scheduling to data on oil and coolant types, this *Maintenance Information Guide* features some of the most pertinent facts you need to keep your MaxxForce® engine working for years to come.

The information contained herein was accurate as of the publication date and is subject to change without notice. Always consult your operator's manual, International service manual or International dealer for the latest information. Supplemental information is available and referenced throughout this publication.



p2–3 NETWORK COVERAGE

p4–5 2010 ENGINE COMPONENT IDENTIFICATION & ADVANCEMENTS

p6–7 2010 ENGINE FEATURES & ADVANTAGES

p8–9 BASIC ENGINE WARRANTY INFORMATION

p10–11 SERVICE INTERVAL CHARTS

p12–13 OIL AND IN-CYLINDER SOLUTIONS

p14–15 SERVICE AND DRIVER TIPS

p16–17 SUPPORT SOLUTIONS & SPECIAL TOOLS

Supplemental information is available and referenced throughout this publication.



INTERNATIONAL'S GOT YOUR BACK.
NETWORK COVERAGE
WHEN IT COMES TO YOUR MAXXFORCE® ENGINE, YOU ARE COMPLETELY COVERED BY INTERNATIONAL, NORTH AMERICA'S LARGEST COMMERCIAL TRUCK DEALER NETWORK.
With dealer service in every major metropolitan area, International is your source for top-quality parts, expert service, unmatched 24/7 parts availability and the latest diagnostic tools to optimize your International® or IC Bus™ vehicle.
Whether your vehicle is equipped with a 9/10 or DT engine, ease of service sets it apart. Because uptime for you is top of mind for us.



NETWORK COVERAGE
WHEN YOU NEED SERVICE,
INTERNATIONAL IS YOUR
ONE-STOP SERVICE PROVIDER.

THE BEST JUST GOT BETTER.

# 2010 MAXXFORCE® 9/10/DT

COVERS 2010 EMISSIONS LEVELS

RIGHT VIEW

1. CRANKCASE BREATHER
   Maintenance free
2. DUAL SEQUENTIAL FREE-WHEEL TURBOCHARGER SYSTEM
   The smaller primary turbo responds quickly [illegible] engine speeds. The larger secondary turbo provides peak power at higher speeds and on steep grades.
3. WASTE GATE CONTROL
   Uses charge air pressure to actuate wastegate.
4. ENGINE LUBE FILTER
   Part # 1869 [illegible]
   [illegible]

LEFT VIEW

5. ENGINE ECM
6. FUEL FILTER MODULE – ELEMENT
   [illegible]
7. FUEL PUMP
   Electric fuel pump
8. DOWNSTREAM INJECTION METERING UNIT
   [illegible]
9. EGR AND AIR MIXER DUCT
   [illegible]

[illegible]

## A LEGEND IN ITS OWN RIGHT.

The DT has long been known in the industry as "The Legend." Built to the needs of International customers, it is compatible with a full range of automatic and manual driveline options and thousands of potential build configurations to serve the broadest range of on- and off-highway applications.

Features and benefits:

- Premium plateau-honed cylinder design
- Precision-machined wet cylinder sleeve design
- Durable roller cam followers
- Dual sequential free-wheel turbochargers and a premium wiring harness
- Single foam-molded design locks and secures connections
- Six bolts per cylinder provide head gasket integrity unmatched by four-bolt designs

| TRUCK MOUNTED PART | PART NUMBER |
| --- | --- |
| FUEL/WATER SEPARATOR | 2588149C1 |
| AIR CLEANER ELEMENT | 3551814C1 |
| CENTRIFUGE* | 2606487C91 |

**PREMIUM RELIABILITY**

*Eight different model ratings offer 215-300 hp and 560-860 lb./ft. of torque. Replaceable valve seats and guides allow for easy cylinder head rebuild. Four valves per cylinder provide better breathing, performance and lower emissions. Shift energy management technology allows for higher peak torque when used with select transmissions.*

TECHNOLOGIES DELIVERING PRODUCT EXCELLENCE.

# 2010 ENGINE FEATURES & ADVANTAGES

MAXXFORCE 9/10/DT ENGINES ARE PURPOSE-BUILT TO DELIVER NUMEROUS ADVANTAGES TO INTERNATIONAL CUSTOMERS. THEY ARE COMPATIBLE WITH A FULL RANGE OF AUTOMATIC AND MANUAL DRIVELINE OPTIONS AND THOUSANDS OF POTENTIAL BUILD CONFIGURATIONS TO SERVE THE BROADEST RANGE OF ON- AND OFF-HIGHWAY APPLICATIONS.

WET CYLINDER SLEEVE
ROLLER-CAM FOLLOWER

**ADDITIONAL ADVANTAGES:**

- Significantly larger main bearings than most competitors' result in heavy-duty durability.
- Single-box 32-bit ECM has fewer connection points for added reliability and easier serviceability.
- The crankcase features six head bolts per cylinder, which provide even clamping for head gasket life that competitive four-bolt designs can't match.
- Crankcase ladder reinforcement on selected models provides added strength and rigidity, maintaining perfect alignment of crankshaft under heavy loads, all while reducing engine noise.
- Maintenance-free closed crankcase ventilation system features a centrifugal oil mist separator, which means there are no filters to change.
- Precision-machined wet sleeves result in even cylinder cooling and unmatched structural integrity.
- Premium foam-molded wiring harness secures wiring and connections for increased reliability and durability.

**PREMIUM VALVE TRAIN**

- Roller-cam followers provide increased durability, longer valve and camshaft life, and slow valve lash growth compared with competitive flat tappets.
- Replaceable valve seats and guides allow for easy cylinder head rebuild.
- Four valves per cylinder provide better breathing, performance and lower emissions.

**IMPROVED AIR MANAGEMENT SYSTEM**

- A dual sequential free-wheel turbocharger system and upgraded cooling system provide outstanding boost and response for every application.
- The smaller primary turbo responds quickly for immediate take-off at low engine speeds, and the larger secondary turbo provides peak power at higher speeds and on steep grades.
- Dual-path EGR cooling provides optimized cooled EGR in a robust cast-aluminum housing, and a floating-core design allows long-term system performance.

**ENGINE BRAKING**

- The optional Diamond Logic® engine brake by Jacobs provides quiet braking power and can extend the life of your service brakes, resulting in lower service costs.
- The optional Diamond Logic® exhaust brake eliminates the need for traditional exhaust brake hardware and provides a low-cost alternative for extending service brake life.



WE TRAVEL THE LONG ROAD WITH YOU.

# BASIC ENGINE WARRANTY INFORMATION

WITH AN UNSURPASSED B-50 RATING OF 550,000 MILES (885,000 KM) – ENGINE LIFE THAT HELPS YOUR BUSINESS GO ON WITHOUT INTERRUPTION – YOUR MAXXFORCE* ENGINE CAN BE COUNTED ON TO SHOW UP FOR WORK EVERY DAY.

## MAXXFORCE 9/10/DT WARRANTY

EFFECTIVE WITH VEHICLES BUILT JULY 12, 2010, OR LATER.

| ITEMS COVERED | NON-RESCUE | | FIRE TRUCK/AMBULANCE | | SCHOOL BUS | |
|---|---|---|---|---|---|---|
| | MONTHS | MILES/KM | MONTHS | MILES/KM | MONTHS | MILES/KM |
| Engine* | 36 | 150/240 | 60 | 100/160 | 60 | Unlimited |
| Injection Nozzles | 36 | 150/240 | 60 | 100/160 | 60 | Unlimited |
| Federal Emissions Warranty** | 60 | 100/160 | 60 | 100/160 | 60 | 100/160 |
| Towing (Vehicles with engine failures only) | 90 Days | | 90 Days | | 90 Days | |

*Navistar* Diesel Engines/Electronics including: block, cylinder heads, fuel pump, high-pressure pump, turbocharger, internally lubricated components and water pump, electronic modules, relays, sensors and regulators required for electronic engine operation. Excluding: attaching accessories (e.g., fan clutch, alternator, starter, etc.), thermostats, and externally mounted electrical and filtration systems. Glow plugs, glow plug relay and harness for 36 months/unlimited mileage (07 EPA). All emission control system parts proven defective during normal use will be repaired or replaced during the warranty period, as stated in the *Engine Operators Manual*.

**Or if covered by any basic or extended warranty (if greater than above)



DIESEL PARTICULATE FILTER
FUEL INJECTOR

**LOCK IN YOUR COSTS WITH A SERVICE CONTRACT FROM INTERNATIONAL**

A Service Contract is an optional purchase that comes into effect after your standard warranty has expired – having one in place will ensure that you continue to have the convenience, protection and value you deserve for your International® truck and MaxxForce® engine.

**WHAT A SERVICE CONTRACT FROM INTERNATIONAL DOES:**

- Reduces your overall operating costs by allowing you to predetermine your operating costs per mile
- Improves the resale and residual value of your MaxxForce engine(s) through consistent and proper maintenance, upkeep and repairs
- Targets high-cost areas of repair so your extended coverage improves your bottom line

**INTERNATIONAL OFFERS YOU MORE:**

- Customized Service Contracts can be tailored to meet your specific needs and quoted to cover virtually any combination of time and miles
- Prepackaged Extended Warranty Coverage Plans for Basic Vehicle Warranty Extension, Extended Engine Coverage, Major Component Coverage, Preventative Maintenance Contracts and more
- Comprehensive Extended Towing Coverage reduces out-of-pocket expenses and assists you with a no-hassle breakdown experience

Ask your International dealer to build a Service Contract that will fit you and your business needs. Beyond offering you security and peace of mind, a service contract today means more time and money tomorrow.

Note: The customer has 365 days and up to a maximum of 100,000 miles (160,000 km) from DTU (delivery to end user) to purchase an extended warranty on the unit. For extended warranty purchases between 181 thru 365 days from DTU and <100,000 miles (160,000 km), an additional fee will be assessed. See your International dealer for more details.

ON SCHEDULE. AHEAD OF THE GAME.

# SERVICE INTERVALS & OPERATIONS

## 2010 MAXXFORCE® 9/10/DT (LESS THAN 245 HP) SERVICE INTERVALS*

| FUEL ECONOMY | LIGHT = 7.0 MPG OR HIGHER (MORE THAN 3.0 KMpL) | MODERATE = 6.9 MPG–6.0 MPG (2.9–2.6 KMpL) | SEVERE = LESS THAN 6.0 MPG (LESS THAN 2.5 KMpL) |
|---|---|---|---|
| Change Engine Oil and Filter† Part #1889124C91 | 25,000 mi/40,225 km/825 hr/ 3,100 gallons fuel | 20,000 mi/32,200 km/675 hr/ 3,000 gallons fuel | 15,000 mi/24,130 km/500 hr/ 2,900 gallons fuel |
| Change Centrifuge Filter Part #2606467C91 (If equipped) | With Oil Change | With Oil Change | With Oil Change |
| Change Fuel Filter Part #1878042C91 | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr |
| Clean or Change Fuel Strainer | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr |
| Adjust Engine Valve Lash | 120,000 mi/193,000 km/5,000 hr | 120,000 mi/193,000 km/5,000 hr | 120,000 mi/193,000 km/5,000 hr |
| Clean Diesel Particulate Filter (DPF)†† | 200,000 mi/322,000 km/6,000 hr | 200,000 mi/322,000 km/6,000 hr | 200,000 mi/322,000 km/6,000 hr |
| Add Extended Life Coolant (ELC) Extender† | 150,000 mi/240,000 km/6,000 hr | 150,000 mi/240,000 km/6,000 hr | 150,000 mi/240,000 km/6,000 hr |
| Replace Engine Coolant | 300,000 mi/500,000 km/12,000 hr | 300,000 mi/500,000 km/12,000 hr | 300,000 mi/500,000 km/12,000 hr |

The recommended Service Intervals for MaxxForce 2010 DT engines are directly related to the fuel economy achieved. Many variables affect fuel economy, such as application, load, driver inputs and the elements. Please consult your International dealer for the latest service recommendations.

* Oil change interval for vehicles equipped with a MaxxForce DT-466 Diesel Engine (less than 245 horsepower) without a drive/steering axle.

† Consult the *Engine Operators Manual* for detailed information.

†† Reduced service interval required if CI-4 engine lubrication oil is used. If using CI-4 oil, reduce DPF cleaning interval to 200,000 mi/322,000 km, 22 months or 4,500 hours. A time or fuel usage limit may also apply. Refer to the *Engine Operators Manual* for complete details.

## DRAIN INTERVAL FOR REGIONAL AND LINE HAUL, BASED ON MPG

MILES/KILOMETERS
TRUCK MPG
Extended drains possible with oil sampling and review
50,000 (80,000)
40,000 (64,400)
30,000 (48,300)
20,000 (32,200)
10,000 (16,100)
0
4.5
5.0
5.5
6.0
6.5
7.0
7.5
Drain intervals with centrifuge oil filter
Drain intervals without centrifuge oil filter

## 2010 DIESEL PARTICULATE FILTER INTERVALS

MILES/KILOMETERS
TRUCK MPG
400,000 (643,700)
300,000 (482,800)
200,000 (322,000)
4.0
4.5
5.0
5.5
6.0
6.5
7.0
7.5
Ash cleaing interval for CJ-4 lube oil
Ash cleaning interval for CI-4 lube oil

P10 – MAXXFORCE® 9/10/DT

## 2010 MAXXFORCE® 9/10/DT (245–300 HP) SERVICE INTERVALS

| FUEL ECONOMY | LIGHT = 7.0 MPG OR HIGHER (MORE THAN 3.0 KMpL) | MODERATE = 6.9 MPG–6.0 MPG (2.9–2.6 KMpL) | SEVERE = LESS THAN 6.0 MPG (LESS THAN 2.5 KMpL) |
|---|---|---|---|
| Change Engine Oil and Filter* Part #1889124C91 | 20,000 mi/32,200 km/675 hr/ 2,500 gallons fuel | 15,000 mi/24,130 km/500 hr/ 2,300 gallons fuel | 10,000 mi/16,100 km/325 hr/ 2,100 gallons fuel |
| Change Centrifuge Filter Part #2606467C91 (If equipped) | With Oil Change | With Oil Change | With Oil Change |
| Change Fuel Filter Part #1878042C91 | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr |
| Clean or Change Fuel Strainer | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr | 30,000 mi/43,300 km/1,100 hr |
| Adjust Engine Valve Lash | 120,000 mi/193,000 km/5,000 hr | 120,000 mi/193,000 km/5,000 hr | 120,000 mi/193,000 km/5,000 hr |
| Clean Diesel Particulate Filter (DPF)†† | 200,000 mi/322,000 km/6,000 hr | 200,000 mi/322,000 km/6,000 hr | 200,000 mi/322,000 km/6,000 hr |
| Add Extended Life Coolant (ELC) Extender† | 150,000 mi/240,000 km/6,000 hr | 150,000 mi/240,000 km/6,000 hr | 150,000 mi/240,000 km/6,000 hr |
| Replace Engine Coolant | 300,000 mi/500,000 km/12,000 hr | 300,000 mi/500,000 km/12,000 hr | 300,000 mi/500,000 km/12,000 hr |

The recommended Service Intervals for MaxxForce 2010 DT engines are directly related to the fuel economy achieved.
Many variables affect fuel economy, such as application, load, driver inputs and the elements. Please consult your International dealer for the latest service recommendations.

* Oil change interval for vehicles equipped with a MaxxForce DT-466 Diesel Engine (245–300 horsepower) without a drive/steering axle.

† Consult the *Engine Operator's Manual* for detailed information.

†† Reduced service interval required if CI-4 engine lubrication oil is used. If using CI-4 oil, reduce DPF cleaning interval to 200,000 mi/322,000 km, 22 months or 4,500 hours. A time or fuel usage limit may also apply. Refer to the *Engine Operator's Manual* for complete details.

**LUBE CENTRIFUGE ELEMENT**

*2010 Emission Level engine only. Keeps oil cleaner, extends oil and filters' life and protects engines.*

**BREATHER ELEMENT**

*The air cleaner element filters intake air and protects the engine from dust and other contaminants.*

**FUEL FILTER**

*MaxxForce® 9/10/DT engines use a 10-micron filter to condition fuel prior to entering the high-pressure common-rail fuel system.*

**OIL FILTER**

*Removes engine contaminants and is serviced by detaching the threaded cover on top of the oil filter module. The lube filter removes contaminants down to 3 microns.*

## PERFORMANCE IN EVERY DROP.

# OIL RECOMMENDATIONS

KNOWING WHICH OIL IS BEST FOR YOUR MAXXFORCE® 9/10/DT ENGINE CAN SUBSTANTIALLY AFFECT ITS PERFORMANCE AND LIFE SPAN.

API SERVICES CJ-4
SAE
15W-40

To get the most from your MaxxForce® engine, we recommend CJ-4 oil. CJ-4 is a lower-ash oil that is designed to reduce combustible soot in the channels of your Diesel Particulate Filter (DPF). It reduces engine wear, increases compliance with 2007 and 2010 emission standards, and provides greater control over piston deposits and oil consumption.

The use of CJ-4 oils provides protection against the following:

- Catalyst poisoning and particulate blockage
- Engine wear
- Piston deposits
- Deposits and wear
- Viscosity loss due to shear
- Oxidative thickening
- Oil aeration

The use of CI-4 oils reduces the maintenance interval for several components by up to 25%.

## 2010 EMISSIONS SOLUTION: LOWER OPERATING COSTS, LESS HASSLE

# MAXXFORCE® ADVANCED EGR

**FULL COMPLIANCE WITHOUT COMPROMISE. NAVISTAR'S MAXXFORCE ADVANCED EGR EMISSIONS TECHNOLOGY PREVENTS NOx FROM FORMING IN CYLINDER. FOUR KEY TECHNOLOGIES MAKE IT WORK, SO YOU DON'T HAVE THE TAXING WORK OF SOURCING UREA, FILLING A UREA TANK AND MAINTAINING ADDITIONAL COMPONENTS. THE RESULT IS OPTIMAL PERFORMANCE AND LOW COST OF OWNERSHIP.**

**1. ADVANCED FUEL INJECTION TECHNOLOGY**

Our next-generation fuel injection systems are capable of delivering fuel into the cylinder multiple times per cycle and at higher pressures. Utilization of post-injections along with the main injection event means combustion can take place over a longer period and be more complete, resulting in reduced NOx emissions – as well as better fuel efficiency.

**2. PROPRIETARY COMBUSTION BOWL DESIGN**

Our redesigned combustion bowl combines with the higher fuel injection pressure to break the fuel up into a finer mist, spread more evenly inside the cylinder, resulting in a more complete and cleaner burn. That means more power to the wheels and less soot out the exhaust.

**3. ADVANCED AIR MANAGEMENT**

Turbo matching and advanced EGR cooling provide improved combustion. The result: a controlled reduction of NOx and particulate matter formation.

**4. ELECTRONIC CALIBRATION STRATEGIES**

Engine controllers previously utilized preprogrammed look-up tables to determine the fuel/air mixture to burn. Increases in computing power now allow the engine controller to continuously calculate the optimum fuel/air mix to achieve maximum power and efficiency in many different operating conditions.

OPTIMIZED FOR UPTIME.

# SERVICE TIPS

YOUR MAXXFORCE* ENGINE IS BUILT TO DELIVER MAXIMUM DURABILITY AND RELIABILITY YEAR AFTER YEAR. BELOW ARE SOME SERVICE TIPS DESIGNED TO HELP KEEP YOUR MAXXFORCE* 9/10/DT ENGINE PERFORMING MILE AFTER MILE.

### SUGGESTED WARM-UP TIME

Before applying a load or increasing speed above 1000 rpm, warm up the engine for a minimum of 5 minutes at or below 1000 rpm.

The warm-up period allows lubricating oil to establish a film between moving parts.

### DIESEL FUEL SYSTEM CLEANER

Federal emission requirements have mandated the use of Ultra Low Sulphur Diesel (ULSD) for on-highway applications. One drawback has been the formation of deposits in all diesel engines, depending on application. Navistar has a solution: MaxxForce* Diesel Fuel System Cleaner. Use of this additive will clean fuel injector deposits and prevent new ones from forming. See your International dealer for more information.

### MAINTENANCE TORQUE VALUES

Utilize the proper amount of torque when servicing a 2010 MaxxForce DT.

- Oil Pan Plug — 68 N/m or 50 lbs/ft
- Oil Filter — 2/3 to 1 turn after O-ring contact
- Fuel Filter Cover — 30 N/m or 22 lbs/ft
- Fuel Strainer — 5 N/m or 44 lbs/in

### RADIATOR CAPS

Your radiator cap is a crucial part of your engine and needs to be inspected and pressure tested. It not only raises the coolant boiling point, but also helps prevent coolant loss from evaporation and overflow.

### MASS AIR FLOW SENSOR

Whenever service is performed to the air filter, air filter box or ducting, Mass Air Flow Sensor, intake system or the base engine, the Mass Air Flow Sensor will need to be recalibrated. This will prevent an "Engine Warning Light" being displayed along with fault codes. See your International dealer for additional details.

### REFILLING COOLANT

The Navistar Coolant Management Tool provides these important benefits:

- Reduces drain/refill times
- Eliminates air pockets in the system
- System can be psi tested before coolant added

The tool uses the proven benefits of vacuum refilling. The process is further improved by drawing the coolant into the engine from the bottom of the cooling system using the optional quick connect fitting.

See your International dealer or contact K-Line Industries (page 17) for additional information or to order.

# GOING THE EXTRA MILE.
# DRIVER INDICATORS

## BELOW ARE KEY INDICATOR LIGHTS AND THEIR MEANINGS TO HELP YOU UNDERSTAND YOUR BEST COURSE OF ACTION, SHOULD YOUR VEHICLE REQUIRE MAINTENANCE.

INSTRUMENT CLUSTER INDICATOR LIGHTS

### DPF OPERATING CONDITIONS AND OTHER INDICATORS FOR 2007 AND 2010 EPA EMISSIONS EQUIPPED VEHICLES

**1. WAIT TO START LAMP**

- Turn ignition switch to ON to activate the cold start assist system. The WAIT TO START lamp will illuminate continuously. Do not crank engine while lamp is on continuously.
- When the WAIT TO START lamp turns off, turn ignition switch to START. If the vehicle has push-button starting, press and hold starter button.

**2. MAINTENANCE LAMP**

The amber Maintenance lamp will illuminate in conjunction with other warning lights or general text and warning messages. It may be accompanied by an audible alarm to indicate an alert condition to the operator.

**3. WARN ENGINE LAMP**

The amber Warn Engine lamp will illuminate in conjunction with other warning lights or general text and warning messages to indicate an alert condition to the operator. It is safe to drive the vehicle; however, contact your International dealer immediately to have the problem corrected.

**4. STOP ENGINE LAMP**

CAUTION: To prevent engine damage, shut down engine immediately, if the Stop Engine lamp flashes. The red Stop Engine lamp will flash and an alarm will sound when a serious problem arises. The lamp is used in conjunction with other warning lights or general text and warning messages to indicate a red STOP alert. For further information, the *Vehicle Operators Manual*. Consult your International dealer immediately to correct the problem.

**5. DIESEL PARTICULATE FILTER TEMPERATURE LAMP**

The amber Diesel Particulate Filter (DPF) temperature lamp will illuminate when the exhaust system is hot and regeneration is in progress. For additional information, see the applicable *Vehicle Operators Manual*.

**6. DIESEL PARTICULATE FILTER STATUS LAMP**

Indicates the need to regenerate the DPF. Stops blinking and turns off during a regen.

- Solid: DPF regeneration required. Drive on highway or at highway speeds until lamp turns off OR start parked regeneration to prevent loss of power.
- Flashing: Full DPF regeneration required. Pull vehicle safely off roadway and start parked regeneration to prevent loss of power.
- Flashing/solid general Warning lamp/alarm: DPF is full. Engine performance is LIMITED. Pull vehicle safely off roadway and start parked regeneration to prevent engine stopping.

**7. MALFUNCTION INDICATOR LAMP**

The amber Malfunction Indicator Lamp (MIL) illuminates along with the Diesel Particulate Filter status lamp to indicate that the DPF is full.

THINK BEYOND THE TORQUE WRENCH.

# SUPPORT SOLUTIONS

WHEN IT COMES TO TOOLS, THERE ARE MANY WAYS TO MAINTAIN AND OPTIMIZE THE PERFORMANCE OF YOUR MAXXFORCE® ENGINE. IN SHORT, INTERNATIONAL PROVIDES YOU WITH FASTER DIAGNOSTICS AND SOLUTIONS FOR YOUR TECHNICIANS, GIVING YOU UNPRECEDENTED UPTIME THROUGH IMPROVED ACCURACY IN YOUR REPAIRS.

SERVICE INFORMATION (FORMERLY FLEET ISIS®)

OnCommand™ Service Information is an invaluable centralized source of essential service information and technical knowledge for your operation. Use it to improve vehicle repairs and maintenance, repair shop efficiency, technical knowledge and fleet uptime. Real-time access to up-to-date VIN-based services and parts information is just a click away.

FEATURES AND BENEFITS:

- Technical information is accessible by major component group, model, vendor, engine and feature code.
- Service manuals and bulletins are graphical and include repair, overhaul and troubleshooting tips, and diagnostic information.
- The Service Tool Catalog includes all essential tools for servicing International® trucks, IC Bus™ brand buses and MaxxForce engines.
- Standard Repair Times (SRTs) and procedural descriptions help guide repairs.
- Documents and notes may be uploaded and attached per VIN.
- Use the IKNow technical database to search service knowledge articles by entering symptom terms and/or descriptions.

OnCommand™ Service Information

# POWERED BY PRECISION SPECIAL TOOLS

### SOFT TOOLS

#### SERVICEMAXX™ SOFTWARE

International's ServiceMaxx™ is a Windows®-operated engine diagnostics software designed to give you dynamic diagnostic capabilities. You can count on this package to give you exceptional control of your engine where it matters most. Used with all MaxxForce® and International® electronic engines, ServiceMaxx will help your engines perform at their peak – all the time. To order, or for further details, contact your local International dealer.

- Performs "engine off" and "engine running" diagnostic tests (programmable)
- Records snapshots of your engine (programmable)
- Displays active and inactive Diagnostic Trouble Codes (DTCs) and operating data (programmable)
- Gives you the ability to specify your programmable engine features (see below)

#### PROGRAMMABLE ENGINE FEATURES*

[illegible]

### HARD TOOLS

Your International dealer is equipped with the industry's best repair tools through partners such as SPX and K-Line Industries. You can be confident that your engines are being repaired utilizing the best available technical information and services, specialty tools and equipment, and sophisticated diagnostic products.

For a comprehensive list of all that International has to offer for your MaxxForce® engines, visit your International dealer or the following websites:

SPX
international.spx.com

K-LINE
klineind.com

For those who equip their own shops with SPX and K-Line industry-leading tools and equipment, please use this additional contact information for support:

SPX
Send SPX inquiries and issues to: km@servicesolutions.spx.com or call (800) 520-2584.

K-LINE
Send K-Line inquiries and issues to: cservice@klineind.com or call (800) 824-5546.

MAXXFORCE®

www.maxxforce.com

All material in this literature is as accurate as known at time of publication, but is subject to change without notice. International, the International Diamond logo, MaxxForce, Diamond Logic, OnCommand, IC Bus and ServiceMaxx are trademarks or registered trademarks of Navistar, Inc. All marks are trademarks of their respective owners. ©2011 Navistar, Inc. Warrenville, IL 60555 All rights reserved. S00212 6/2011