# EXHIBIT I

```
 1           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION
 3  IN RE:  NAVISTAR            Case No.
    MAXXFORCE ENGINES           1:14-cv-10318
 4  MARKETING, SALES            Judge Joan B.
    PRACTICES AND               Gottschall
 5  PRODUCTS LIABILITY          Magistrate Judge
    LITIGATION                  Michael T. Mason
 6  _____
 7
 8
 9
10
11
12
13
              VIDEOTAPED DEPOSITION OF:
14                 DAVID G. BERGMAN
                   Chicago, Illinois
15                November 15, 2017
16
17
18  Reported by:
    Marianne Nee, CSR, CRR, RDR
19  JOB NO. 170580
20
21
22
23          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
24                deps@golkow.com
```

1   BY THE WITNESS:

2       A.   .2 was not 2010 requirement.

3   BY MR. BYRD:

4       Q.   Well, it was a point -- it was a
5   requirement that you use -- you went to .5 and
6   used credits, Navistar used credits to avoid
7   that, right?

8       A.   It was -- we went the strategy the EPA
9   allowed us to go.

10      Q.   Well, and that was using credits,
11  correct?

12      A.   And we used -- I don't know what
13  credits were used where, but I'll also say so do
14  our competitors use credits.

15      Q.   Okay.  Well, I didn't ask about which
16  credits were used or which competitors.  I just
17  asked, the way you met the .2 NOx requirements
18  of 2010 was with credits, correct?

19      A.   I say and the way we met was to meet
20  the requirements handed down by EPA, and we met
21  and certified to the regulations.  We were
22  allowed to do that.

23      Q.   With credits?

24      A.   I don't know what credits were used.

 1      Q.   Mr. Bergman, we're going to have a long
 2  day -- and I don't want to have a long day for
 3  you -- if you're going to try to make relevancy
 4  decisions.  That will be the Court and lawyers
 5  can fight about that.  I don't need -- we can
 6  argue about that another time.
 7           My question is very simple.  It's just
 8  that Navistar never created an engine that could
 9  meet the .2 NOx standards using EGR only?
10           MS. HULSHIZER:  Objection to form.
11  BY THE WITNESS:
12      A.   I'll say to your question that we never
13  launched a product at .2.
14  BY MR. BYRD:
15      Q.   And you never created an engine that
16  met past validation testing that you do for a
17  .2?
18           MS. HULSHIZER:  Objection to form.
19  BY THE WITNESS:
20      A.   Again, we changed our program
21  objectives in that --
22  BY MR. BYRD:
23      Q.   I'm not talking about your program
24  objectives.  I'm asking, you never created an

1  engine that met any validation testing that
2  could run at .2 using EGR only?  That's all I'm
3  asking.
4          MS. HULSHIZER:  Objection to form.
5  That's assuming facts not in evidence.
6  BY MR. BYRD:
7     Q.   You can answer the question.
8     A.   We never launched a .2 engine.
9     Q.   And you never made one that worked,
10 that was tested by you all and met any type of
11 validation testing that you typically do that
12 could run at .2 NOx with the EGR only?
13         MS. HULSHIZER:  Objection to form;
14 asked and answered, asked and answered, asked
15 and answered.
16 BY MR. BYRD:
17    Q.   You can answer.
18    A.   I'll say I would like you to ask that
19 question of our advanced engineering team
20 because I believe they did produce an engine
21 that met .2.
22    Q.   Where is it?  Why didn't you put it on
23 the market?
24         MS. HULSHIZER:  Objection; form.

David G. Bergman

1            MS. HULSHIZER: Objection to form.
2    BY THE WITNESS:
3        A.   I do not agree with your statement, no.
4    BY MR. BYRD:
5        Q.   Okay. Did you feel that all the
6    necessary testing was done for all the engines
7    at issue that we're here about today, the 11
8    liter and the 13 liter, before they went to the
9    customer?
10       A.   I do believe that we had very rigorous
11   testing and all the testing was done, both
12   component testing, dyno testing, and vehicle
13   testing.
14       Q.   Is there any test that was done for one
15   of the models that wasn't done for all the
16   models, the 11 liter and 13 liter?
17       A.   I don't know. I'm not sure. That
18   would be a question for our development.
19       Q.   Is it your testimony that you had
20   enough time to do all the testing you needed
21   before this product had to hit the market? When
22   I say "this product," the 11 liter and 13 liter.
23       A.   Yeah, yeah. It's my belief that
24   because we did not launch at the original launch

David G. Bergman

```
 1   make the SCR system versus what you had before?
 2       A.   At the launch of the initial SCR, there
 3   were no hardware changes.
 4       Q.   So how does it become an SCR system all
 5   of a sudden with no hardware changes?  Can you
 6   explain that?
 7       A.   Again, where you need that is the
 8   calibration team to really explain that, but
 9   it's through calibration.
10       Q.   So there was literally no difference in
11   the truck whatsoever?  I mean in the engine, in
12   the emissions system.
13            MS. HULSHIZER:  Objection to form.
14   BY THE WITNESS:
15       A.   In the engine system there were no
16   changes.
17   BY MR. BYRD:
18       Q.   Okay.  So what made it all of a sudden
19   SCR versus EGR?  I'm just trying to get, so what
20   was the difference?
21       A.   Adding SCR and the calibrations
22   associated with doing that.
23       Q.   And everything else stayed the same?
24            MS. HULSHIZER:  Objection to form.
```

```
 1   BY THE WITNESS:
 2       A.   Everything that I recall, there were no
 3   changes in engine hardware.
 4   BY MR. BYRD:
 5       Q.   Okay.  And it started working great,
 6   right?
 7            MS. HULSHIZER:  Objection to form.
 8   BY THE WITNESS:
 9       A.   There was success in the launch of that
10   program.
11   BY MR. BYRD:
12       Q.   Not just success, dramatic reductions
13   of repairs that customers faced, right?
14            MS. HULSHIZER:  Objection to form.
15   BY THE WITNESS:
16       A.   Again, I'd have to rely on the
17   reliability people to perform -- to produce that
18   data.
19            MR. BYRD:  Well, you all might need to
20   look at this together.  I only have two copies
21   of this.  I don't want to overburden your very
22   kind assistant.
23            MS. HULSHIZER:  That's okay.
24
```