# EXHIBIT J

**(filed in unredacted form under seal pursuant to protective order)**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                       EASTERN DIVISION

 4

 5   In Re:  Navistar MaxxForce    Case No. 1:14-cv-10318

 6   Engines Marketing, Sales      Judge Joan B. Gottschall

 7   Practices and Products        Magistrate Judge

 8   Liability Litigation,         Michael T. Mason

 9   ----------------------------

10

11

12

13

14         VIDEOTAPED DEPOSITION OF DENNIS MOONEY

15                      Chicago, Illinois

16                       August 22, 2017

17

18

19

20

        Reported by:
21

        JANICE M. KOCEK, CSR, CLR
22

        JOB NO. 165423
23

24
```

Dennis Mooney

1                If you need to take a break at any time
2    for any reason, please let us know, although I do
3    ask that if there is a question pending you wait
4    until we're done with the answer before we take a
5    break.
6                I'm sure your attorney has told you
7    this, but let me reinforce it.  If you want to
8    talk to your attorney, again, that's perfectly
9    fine.  But if there is a pending question, we ask
10   that you finish the answer before doing so.
11               Are you taking any medication to make
12   it difficult for you to answer my questions this
13   morning?
14        A.   No.
15        Q.   All right.  Can you think of any
16   reasons why you wouldn't be able to answer my
17   questions fully and truthfully?
18        A.   No.
19        Q.   All right.  Let's move on to some
20   definitions.  We are going to be talking about
21   MaxxForce diesel engines.  But I want to be
22   specific about which ones we're talking about this
23   morning.
24               When I say the "EGR-only engines,"

Dennis Mooney

```
 1    we're talking about the MaxxForce 11, 13, and 15

 2    sold by Navistar in 2010 through 2013.

 3              So those are the engines involved in

 4    our case.  Do you understand that?

 5        A.    Yes, I do.

 6        Q.    Okay.  So when I say "EGR-only," those

 7    are the engines I'm talking about.

 8              Those engines were EPA certified at .5

 9    NOx; is that correct?

10        A.    That's correct.

11        Q.    All right.  And Navistar never sold a

12    .2 NOx engine to the public, right?

13        A.    Well, we do today, and we started

14    selling .2 in -- in 2013.

15        Q.    Thank you for correcting me.

16              Between 2010 and 2013, Navistar did not

17    sell a .2 NOx engine to the public, right?

18        A.    That -- that's correct, as I understand

19    it.

20        Q.    Okay.  And in our deposition this

21    morning, we're only talking about engines sold to

22    the public.

23              What documents did you review for

24    today's deposition?
```

```
 1    position?
 2        A.    I was responsible for all of the
 3    engineering for all of GM's passenger cars and
 4    pickup trucks around the world.
 5        Q.    So what would your day to day look like
 6    in that position?
 7        A.    I started really early because we had
 8    engineers in Europe and China and Korea and
 9    Australia and Brazil, and -- and we started
10    generally 6:00 a.m. in the morning and took care
11    of a lot of the stuff in Asia and -- you know,
12    program reviews, technical issues.
13              We were trying to commonize all of our
14    vehicle architectures around the world.  So I
15    spent most of my time trying to manage the
16    engineering business around the world.
17        Q.    Okay.  When you started at Navistar,
18    what was your job title?
19        A.    Oh, when I started at Navistar and I'm
20    -- I'm just going by memory because the title
21    might not be exactly right.  But I think it was
22    vice president of vehicle powertrain and global
23    engineering.
24        Q.    And what were your job duties in that
```

```
 1        Q.   Well, in fact, all other U.S.
 2   manufacturers -- sorry.
 3             All other manufacturers who were
 4   selling big-bore diesel trucks in the U.S. used
 5   SCR to meet EPA 2010, right?
 6        A.   That's correct.
 7        Q.   And so when you use EGR combined with
 8   Navistar's aftertreatment, you have to use a
 9   higher EGR rate than you would if you're using
10   SCR, right, in order to meet emissions targets?
11             MR. PERLMAN:  Objection.  Foundation
12        and calls for an opinion.
13                  If you know, you can answer.
14             THE WITNESS:  Yeah, I -- I -- I can't
15        answer that because I don't know the EGR
16        rates that our competitors ran.  I really
17        don't.
18   BY MR. DENNETT:
19        Q.   Well, you know what EGR rate Navistar
20   used between 2010 and 2013, right?
21        A.   I -- I couldn't tell you the rate that
22   we ran today.  I -- I -- I couldn't tell you what
23   the rate is of EGR we run.
24        Q.   Do you know whether Navistar's SCR
```

1 engines run a higher or lower EGR rate than the
2 EGR-only engines?
3     A. Could you -- could you ask that
4 question again?
5     Q. Do you know whether Navistar's SCR
6 engines run a higher or lower EGR rate than the
7 EGR-only engines?
8     A. I know we run a lower EGR rate today
9 than we did on the -- on the EGR engines.
10     Q. Why is that?
11     A. Well, that's a total system question.
12 But if you look at the catalyst, the -- the SCR
13 catalyst, the amount of SCR, the fuel systems we
14 use today are different fuel systems than we --
15 than we had back when we ran EGR. We have a
16 different combustion bowl.
17     So you have to look -- you have to look
18 at the whole system. You have to look at the fuel
19 system, the combustion chamber. All of that kind
20 of works together. And so if you use SCR, you
21 redesign a lot of the other parts of the engine as
22 well.
23     Q. Right.
24     A. And -- and you run lower EGR rate. You

1   end up running a lower EGR rate.

2        Q.   Well, in fact, you're able to run a

3   lower EGR rate and still hit emissions targets

4   because of the SCR aftertreatment, right?

5             MR. PERLMAN:  Object to the form of the

6        question and continuing to ask this witness

7        for expert opinion.

8                  You can answer.

9             THE WITNESS:  Yeah, I think SCR allows

10       you to have a totally different balance on

11       the emission system you put on an engine.

12  BY MR. DENNETT:

13       Q.   And part of that balance is a lower EGR

14  rate, right?

15       A.   It can be, yes.

16       Q.   And it is in Navistar's trucks, right?

17       A.   Could you ask that question again?

18       Q.   I could probably ask that a little

19  better.

20            Navistar's SCR trucks run a lower --

21  run a lower EGR rate than the EGR-only trucks did

22  in 2010 and 2013?

23       A.   Yes, that's correct.

24       Q.   Okay.  All right.

```
 1    BY MR. DENNETT:
 2         Q.    So 2013 was the end of the production
 3    of the EGR-only engine, right?
 4         A.    That's correct.  I think we built EGR
 5    engines until the end of 2013, roughly the end of
 6    2013.
 7         Q.    And there were still problems with the
 8    EGR coolers in those late production models
 9    clogging with soot, right?
10         A.    I think if you look at the warranty
11    date of the EGR -- EGR cooler plugging, it was
12    greatly reduced, greatly reduced.  And that -- I
13    think that same cooler was on our original SCR
14    engines as well.
15                  (Mooney Deposition Exhibit 3
16                  was marked for identification.)
17    BY MR. DENNETT:
18         Q.    Mr. Mooney, what's been marked as
19    Exhibit 3 is a chart showing EGR cooler failures
20    for the MaxxForce 11 to 13 EGR-only engines,
21    correct?
22              MR. PERLMAN:  I'm going to not object,
23         but just please take your time and look.  I'm
24         sure Jason means to invite you to look
```

1           through the document.  But if not, I'm

2           inviting you to look through the document

3           before you identify it or agree with the

4           characterization of it.

5                   (Exit Ms. Hulshizer.)

6                   THE WITNESS:  Yes.  This would be a --

7           this would be a typical warranty chart that

8           -- that we'd look -- we would look at for a

9           component or an entire engine; or on the

10          vehicle side, we use similar kinds of charts.

11   BY MR. DENNETT:

12       Q.   And on the right-hand side, it says

13   R/1000.  What does that mean?

14       A.   So Rs per thousand would be incidence

15   per thousand trucks.  So if you have a thousand Rs

16   per thousand, that would be one incident per truck

17   is -- is how you'd think about that.

18                  MR. PERLMAN:  Over what period of time?

19                  THE WITNESS:  Well, in this particular

20          document, it looks like 24 months.  This goes

21          out 24 months, which I believe was our base

22          engine warranty.

23                  MR. DENNETT:  Mr. Perlman, do you mind

24          if I ask the next one?

```
 1                MR. PERLMAN:  We'll trade.
 2     BY MR. DENNETT:
 3         Q.    Mr. Mooney, the red line appears to me
 4     to show model year 2010 EGR cooler failures over
 5     time.  Am I reading that right?
 6         A.    That's the way I would read this chart,
 7     that the -- the red line with the red squares
 8     would be the fiscal year 2010 trucks.  And
 9     Navistar's fiscal year went from, you know, end of
10     October to end of October.
11         Q.    And the blue line shows the same thing,
12     EGR cooler failures for the fiscal year 2013
13     model, correct?
14         A.    That's correct.
15         Q.    All right.  And these were engines sold
16     to the public, right?
17         A.    That's correct.
18         Q.    Okay.  And if we look at the 2010, it
19     shows that a thousand out of a thousand EGR
20     coolers is going to fail by 24 months; is that
21     right?
22                MR. PERLMAN:  Object to the form of the
23         question.
24                THE WITNESS:  Yeah, the way I would
```

1      read that, at 24 months you'd have, you know,

2      a thousand per thousand or one -- you know,

3      each truck would have had some kind of EGR

4      cooler warranty repair.

5  BY MR. DENNETT:

6      Q.   Okay.  And so even for the 13, by 24

7  months, it looks like we have approximately 500

8  failures out of a thousand?

9           MR. PERLMAN:  Object to the form of the

10     question.

11          THE WITNESS:  Once again, I would --

12     that's how I would read this chart.  I would

13     say roughly 500 or 1 out of every 2 trucks at

14     24 months would see an issue.

15 BY MR. DENNETT:

16     Q.   Okay.  As an engineer -- well, let me

17 -- let me back up.

18          The EGR cooler is a -- it's a major

19 part of that engine, correct?

20     A.   Yeah, the EGR cooler, I think I

21 described it earlier, was -- is a very big piece

22 of hardware that goes on top of the engine.

23     Q.   And if the EGR cooler fails, the truck

24 doesn't run right, correct?

1  A. Yeah. If the EGR cooler fails,
2  depending on how it fails, by the way, because
3  there's lots of different failure modes because
4  there's thermal failures, there's -- and some were
5  driven by manufacturing. There's cooler plugging,
6  as you described. It depends on the failure mode.
7  But for sure you ultimately need to
8  bring it in. One of the failures is the thermal
9  failures, which you'll start to notice low
10 coolant. Your low coolant light will come on.
11 You can keep running. They typically would put
12 coolant in, but you got to bring it in to get it
13 repaired. Definitely need to bring it in and get
14 it repaired.
15 Q. What happens if you don't?
16 A. Well, it depends, once again, on the --
17 on the -- on the failure mode. In the case of a
18 thermal failure, you need to bring it in and get
19 it repaired because it can damage other things in
20 the exhaust system. Eventually, you start burning
21 the coolant.
22 And in the case of, you know, some of
23 the plugging issues we had, eventually you lose
24 power. And you'll bring it in just because you

1 lose power.  I mean, you're trying to haul 80,000

2 pounds and -- and you'll bring it in because you

3 don't have enough power.

4          So it depends -- it depends on the --

5 on the failure mode as to what -- what and when --

6 when you need -- you need to bring it in.

7     Q.   But regardless of the failure mode, you

8 need to bring it in?

9     A.   Eventually you need to bring it in and

10 get it fixed, for sure.

11     Q.   And if you don't, in the case of a

12 thermal failure, that could lead to a complete

13 engine rebuild, right?

14     A.   Yeah, I don't -- I don't know that we

15 ever saw a complete engine rebuild, but it can

16 lead to aftertreatment.  Those catalysts I

17 described earlier, it can -- it can damage the

18 catalysts.

19          One of the other issues that we saw

20 much kind of later in the process was it could --

21 it could create bearing problems on the

22 turbocharger.  But the engine itself was able to

23 -- the -- the engine itself was able to manage it

24 because the coolant actually gets -- gets burned.

```
 1                 So there's a lot of things that
 2       influence soot.  So -- but I don't know of
 3       anything that would lead me to disagree with
 4       that statement.  Okay.
 5   BY MR. DENNETT:
 6       Q.   And just so we're clear, increased EGR
 7   levels is one of those things that increases soot?
 8       A.   It can, yes, for sure.
 9       Q.   So Hunkler is reporting that the soot
10   doubled between the 2007 and 2010 engine.  Do you
11   have any reason to disagree with that statement?
12       A.   I -- I can't agree or disagree with
13   that statement because, once again, I don't know
14   enough about what he's even looking at.  I have no
15   idea what test he's talking about because the soot
16   levels vary greatly by speed, load, lots of
17   things.  So I -- I -- I can't agree or disagree
18   with that statement.
19       Q.   After engine became your responsibility
20   in 2011, would that have included the EPA 2007
21   engines?  Did those fall under your umbrella as
22   well?
23       A.   They did.
24       Q.   Okay.  Did EPA 2007 engines show the
```

Dennis Mooney



1    looking at all those different conditions and
2    adjusting EGR rates and other things, fuel
3    injection rates, and all that.  They're all
4    interrelated.
5         Q.   Internally, if someone was talking
6    about an EGR rate at Navistar, is there a
7    corporate benchmark for the point at which you
8    measured that?  Is it idle?  Is it 70 miles an
9    hour?
10        A.   I -- I -- I can't think of a -- what I
11   call a standard or corporate rate on how -- how --
12   how somebody defines that.  I really can't.
13        Q.   How do you -- how does Navistar define
14   amount of EGR then?
15             MR. PERLMAN:  Object to the form of the
16        question.
17             THE WITNESS:  The way we define the
18        amount of EGR is you take -- what we call a
19        map.  And so it has engine RPM on one axis
20        and it's got -- it's got load on another
21        axis.  And then -- and then they measure the
22        percent EGR at all -- I don't know how many
23        points.  I don't know whether there's 100
24        points or -- I have no -- I just don't know

1      how many points are on there.

2           But they have lots of different

3      points that they measure the amount of EGR.

4      And so they -- and I don't know whether they

5      have some kind of averaging.  I -- I don't

6      know.  I really don't know.

7  BY MR. DENNETT:

8      Q.   That was my next question.  The points

9  then average?

10     A.   I -- I don't know.

11     Q.   Okay.  So when we're talking about EGR

12  rate, we're really talking about a range for any

13  given vehicle in operation, right, as opposed to

14  just one set percentage?

15     A.   Yeah, you're talking about looking at

16  that map again.  And -- and, for example, a guy

17  that runs 80 miles -- because there are trucks in

18  -- in Texas that run 80 miles an hour.

19          Where they run on that map varies all

20  over the place.  And so you may run high levels of

21  EGR at one part of the map from an emission

22  standpoint because of the way the emission regs

23  kind of make you do this.  And you may have one

24  point on the map where the guy that -- in Texas