# EXHIBIT K

**(filed in unredacted form under seal pursuant to protective order)**

William H. Osborne

```
 1        IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
 2                 EASTERN DIVISION
 3   IN RE:  NAVISTAR          Case No.
     MAXXFORCE ENGINES         1:14-cv-10318
 4   MARKETING, SALES          Judge Joan B.
     PRACTICES AND             Gottschall
 5   PRODUCTS LIABILITY        Magistrate Judge
     LITIGATION                Michael T. Mason
 6   _____
 7
 8
 9
10
11
                VIDEOTAPED DEPOSITION OF:
12               WILLIAM H. OSBORNE
                  Chicago, Illinois
13                December 7, 2017
14
15
16
17   Reported by:
     Marianne Nee, CSR, CRR, RDR
18
19
20
21
22
23        GOLKOW LITIGATION SERVICES
       877.370.3377 ph|917.591.5672 fax
24          deps@golkow.com
```

William H. Osborne

1  Packard.  I'm aware that they use both EGR and

2  SCR technologies on their engines, and of course

3  Cummins.

4      Q.   And Navistar does as well, right?

5      A.   Yes.

6      Q.   During the time you were on the board,

7  were you aware that Navistar was the only

8  manufacturer in North America that was not

9  adding an SCR system to meet NOx emissions?

10         MS. HULSHIZER:  Objection to form.

11 BY THE WITNESS:

12     A.   I was aware that -- I was aware that

13 Navistar was using EGR only, but my

14 understanding is that there were other

15 manufacturers that were trying to develop

16 EGR-only engines as well, that those -- you

17 know, that they had development efforts in that

18 area, including Cummins.  So it was not my

19 understanding that Navistar was unique in

20 exploring that approach.

21 BY MR. DENNETT:

22     Q.   Let me clarify my question.  Navistar

23 was unique in actually selling an EGR-only

24 engine to the public between 2010 and 2013,

William H. Osborne

1  correct?

2      A.    At that time, yes.

3      Q.    And the reason the time period was

4  significant was because these manufacturers had

5  to meet a new lower NOx emissions standard for

6  2010, right?

7            MS. HULSHIZER:   Objection; form.

8  BY THE WITNESS:

9      A.    The NOx emissions standard for 2010 I

10  believe was .5, and all engines needed to be

11  compliant with that standard.

12  BY MR. DENNETT:

13      Q.    Could it have been .2?

14      A.    Could what have been .2?

15      Q.    Could the EPA 2010 NOx standard been .2

16  rather than .5?

17      A.    My understanding is the standard was

18  .5.

19      Q.    Okay.  Regardless, prior to 2010 diesel

20  manufacturers were allowed to emit more than .5

21  NOx or .2 NOx, right?

22      A.    That is my understanding.

23      Q.    So with the EPA requiring less NOx

24  emissions, all manufacturers in North America

William H. Osborne



William H. Osborne



William H. Osborne



23    BY MR. DENNETT:

24        Q.   My question is, your subordinate is



21   BY MR. DENNETT:

22       Q.   How does exhaust gas recirculation

23   work?

24       A.   There is a valve that siphons off some

William H. Osborne

1    of the products of combustion and recirculates

2    them back into the cylinder to act as a diluent

3    to combustion.

4        Q.   And what's the effect of introducing

5    that exhaust back into the cylinder on NOx

6    emissions?

7        A.   It reduces the temperature of

8    combustion, and NOx formation is a function of

9    temperature of combustion.

10       Q.   So it lowers NOx combustion to add

11   exhaust back into the cylinder?

12       A.   It lowers the formulation of NOx in the

13   cylinder.

14       Q.   Sorry.  That's what I meant to ask.

15       A.   Yeah.

16       Q.   And the more exhaust gas you

17   recirculate back into the cylinders, the less

18   NOx is formed, right?

19       A.   To a point.

20            MS. HULSHIZER:  Objection to form.

21   BY MR. DENNETT:

22       Q.   And what's that point?

23       A.   Well, at some point you lose efficient

24   combustion.  There is a practical limit on how

William H. Osborne

1 much exhaust gas you can recirculate back into

2 the system.

3     Q.   What is that practical limit?

4     A.   I don't know that practical limit.  I

5 just know it exists.

6     Q.   And what happens once you exceed that

7 practical limit with how much exhaust gas you

8 can put back into the cylinder?

9     A.   Well, then you no longer have efficient

10 combustion.  Then your engine can't function

11 properly.  When I say function properly, I'm

12 talking specifically about power output if

13 combustion is no longer efficient.

14     Q.   Does that mean the engine won't run at

15 all or it just won't run well?

16     A.   It won't run efficiently.

17     Q.   What do you mean when you say

18 efficiently?

19     A.   You won't get complete combustion.

20 Your fuel economy won't be very good.  Your

21 performance won't be very good.

22     Q.   I see.  So when designing an EGR

23 system, an engineer has to take that into

24 account; fuel economy, efficient combustion,

William H. Osborne

1    right?

2        A.    Certainly.

3        Q.    Navistar had to recirculate more

4    exhaust gas to hit EPA 2010 NOx standards than

5    its competitors using additional SCR systems had

6    to use, right?

7        A.    I can't answer that.  I don't know what

8    the EGR rates were on our engines or on

9    competitor engines.

10       Q.    What do you mean when you say EGR rate?

11       A.    The percentage of the combustion gases

12   that are EGR versus, you know, fresh air.

13       Q.    So EGR rate is how much exhaust you're

14   putting back into the cylinder?

15       A.    Correct.

16       Q.    So the -- Navistar currently produces a

17   13-liter engine with an SCR system, right?

18       A.    Yes.

19       Q.    It's so-called the MaxxForce 13?

20       A.    No.  It's not called that.

21       Q.    What's it called now?

22             MS. HULSHIZER:  I don't know.

23   BY THE WITNESS:

24       A.    Yeah.  It's a marketing name, so I'm

William H. Osborne

1        MR. DENNETT:  Right.

2        MS. HULSHIZER:  That makes it

3   confusing.

4   BY MR. DENNETT:

5      Q.   I'm talking about the 2013 SCR engine

6   that Navistar sold, its own engine with an SCR

7   system.

8      A.   Okay.





19    Q.   You don't know that?

20    A.   Yeah.  I'm -- you know, this is not

21   my -- diesel combustion is not my area of

22   expertise.  So, you know, soot is generated in

23   combustion.

24    Q.   What was plugging EGR coolers?

William H. Osborne

```
 1              MS. HULSHIZER:  Objection to form.
 2    BY THE WITNESS:
 3       A.   I don't really know that either.  I
 4    just know -- I just know that one of the noise
 5    factors that we were dealing with at that time
 6    was condensation, and that was a contributing
 7    factor.
 8    BY MR. DENNETT:
 9       Q.   Condensation means water, right?
10       A.   Yes.
11       Q.   So the coolers weren't being plugged
12    with water, right?
13              MS. HULSHIZER:  Objection to form.
14    BY THE WITNESS:
15       A.   Yeah, I can't answer that.  I'm not
16    saying that -- I'm not trying to say that I feel
17    the coolers were being plugged with water.
18              What I do know was that condensation
19    was a factor in what was driving the EGR cooler
20    plugging issue.  And there may have been some
21    interaction with, you know, soot or something
22    like that, but I'm not the expert on that.  I
23    think you would probably want to talk to Dave
24    Bergman or one of those guys.  I'm not the
```

William H. Osborne

1    expert on that.

2    BY MR. DENNETT:

3        Q.   In fact, the coolers were being plugged

4    with soot, right?

5        A.   Yes.

6        Q.   And do you know where that soot was

7    coming from?

8            MS. HULSHIZER:   Objection to form.

9    BY THE WITNESS:

10       A.   Well, again, soot is generated in

11   combustion, but that's about all I know about

12   soot.

13   BY MR. DENNETT:

14       Q.   Okay.

15       A.   But it's -- you know, it's part of one

16   of the byproducts of combustion and it varies

17   greatly with the calibration.  So it depends on

18   where you are on the fuel map.  It depends on

19   where you are in terms of the operating

20   conditions of the engine, but I'm certainly no

21   expert in soot generation.  I just can tell you

22   it's a product of combustion.

23       Q.   Tell me what you mean when you say

24   calibration.

William H. Osborne

1    getting into the oil as an abrasive.

2        Q.   That wasn't a problem for the U.S.

3    market because our fuel doesn't include that

4    high of a sulfur level, right?

5        A.   No, it wasn't a problem, but your

6    question was give me an example of an abrasive

7    material in the lubrication system.

8        Q.   And I should have asked a better

9    question.  How about this one:  What else other

10   than soot in these EGR-only engines could have

11   been in the oil?

12       A.   Any kind of abrasive material.  I mean,

13   there is lots of potential failure modes in an

14   engine.

15       Q.   My question is what were the failure

16   modes in these engines that led to abrasive

17   material in the oil?

18       A.   So we had -- we had cracked EGR

19   coolers, and so it's very possible that material

20   could have flaked off from the cooler and gotten

21   into the lubrication system or cooling system.

22       Q.   Does oil run through the cooler?

23       A.   You can certainly get oil exchange

24   between the cooling fluid and the lubrication

William H. Osborne

1  system in the cylinder head, particularly if you

2  get, you know, a seal failure.  And we did have

3  some issues where we had some seals fail and we

4  ended up with coolant in the lubrication system

5  and diluted the lubricity of the cooling system.

6      Q.   Could an EGR valve failure cause

7  coolant in the lubrication system, too?

8      A.   Depending on the failure.  You know, if

9  let's say you end up with a failure of the

10  seats, you know, you're pounding material from

11  the seats into the combustion system, it's

12  possible.

13          MS. HULSHIZER:  Thank you.

14              (Exhibit 4 was marked for

15              identification.)

16  BY MR. DENNETT:

17      Q.   Mr. Osborne, what's been marked as

18  Exhibit 4 is an email to you -- from you to

19  Philip Gronberg and others dated May 13, 2013,

20  correct?

21      A.   Hm-hm.

22      Q.   Who is Mr. Gronberg?

23      A.   Phil Gronberg at the time was I think

24  responsible for the big-bore engine in our

William H. Osborne

1  first, what do you mean by technical deep dive?

2      A.    Deep dive is kind of a colloquial term

3  that engineers use to mean a dedicated and

4  detailed review on one topic.

5      Q.    Okay.  Did you, in fact, do a technical

6  deep dive on EGR cooler thermal cracking?

7      A.    Yes.

8      Q.    What did you learn?

9      A.    I think what we learned was that the

10  thermal cycles in the cracked coolers were more

11  severe than what we believed we -- were

12  originally tested, and I think we also learned

13  that we felt there were some flaws in the

14  manufacturing process for the coolers.  I won't

15  say flaws.  Let me rephrase that.  That there

16  were differences in the manufacturing processes

17  of the coolers that we tested, the prototype

18  processes versus the production processes.

19          So the coolers that were passed in the

20  original design validation were prototype

21  coolers, and that there were some differences

22  between the coolers that were actually produced

23  in the production process.  There was a

24  difference in performance.

William H. Osborne

1    Q.    What kind of difference in performance?

2    A.    Well, the coolers in the production

3    process had a bonding process in the fins like a

4    brazing process that we didn't feel was robust,

5    and that made the coolers more susceptible to

6    cracking than the prototype coolers were.  And

7    so we did institute -- the supplier did

8    institute changes in the manufacturing process

9    to improve that brazing, because I think there

10   was a stress riser, a thermal stress riser at a

11   specific joint, and I believe it was at the

12   header, and that was where all of the cracks

13   were occurring.

14        So there was an improvement made in the

15   brazing of that joint in the manufacturing

16   process.

17   Q.    But that happened long before you took

18   the position as SVP of quality, right?

19   A.    I don't think so.

20   Q.    Did that happen after?

21   A.    I think so.

22   Q.    Well, if you did a technical deep dive

23   in June of 2013, you had just taken that

24   position, right?

William H. Osborne

1    A.   Yes.

2    Q.   So weren't you looking at fixes and

3  changes that had been made before you took the

4  position?

5    A.   No, no.  This was -- when I say

6  technical deep dive, the real issue was let's

7  try to understand what's going on, what are the

8  physics.  And I think as we dove deeper into

9  understanding through looking at failed parts

10 and doing analysis, we began to narrow in on

11 this brazing process, and this change was

12 implemented -- I don't recall the exact date,

13 but it was implemented while I was -- after I

14 was appointed to the position.

15   Q.   Thank you for clarifying.  Was the

16 change actually implemented in response to your

17 findings when you did the technical deep dive?

18   A.   I wouldn't call them my findings.  I

19 think the technical team that was working on it

20 was going down this path trying to understand

21 what was going on.

22        I viewed myself as trying to get up to

23 speed on the problem at this point, so this

24 wasn't an investigation led by me.  It was me

William H. Osborne

1  gathering information to understand what was

2  going on.





20    Q.    And were the excursions different on

21   the high end or the low end?

22    A.    Higher.

23    Q.    All right.  So a higher peak

24   temperature was driving a larger excursion?

William H. Osborne

```
 1      A.    Correct.

 2      Q.    I see.  And did you determine what was

 3  causing the higher peak temperatures?

 4      A.    I can't answer that because, you know,

 5  this wasn't sort of my technical project.

 6      Q.    You were reviewing others' work?

 7      A.    Yeah, I was reviewing others' work.

 8      Q.    And did the people who did that work

 9  come to any conclusion about what was causing

10  the higher peak temperatures?

11      A.    I don't recall.  What I do know is that

12  we did decide to make the cooler more robust to

13  those temperature cycles, and that was the

14  reason for the manufacturing changes.

15      Q.    I'll break it down and make it simple.

16  The coolers were getting too hot and so they

17  cracked?

18          MS. HULSHIZER:  Objection to form.

19  BY THE WITNESS:

20      A.    I guess you would have to provide me

21  some context.  You know, every cooler if it

22  gets, you know, too -- there is a design limit.

23  So every cooler if it gets too hot will crack.

24  The question is what was it designed to and what
```

William H. Osborne

 1    did it see.

 2    BY MR. DENNETT:

 3        Q.   And the cracked coolers that you

 4    investigated in 2013 cracked because their

 5    thermal cycle had higher peak temperatures?

 6        A.   Yes, that's my understanding of the

 7    situation, yes.

 8        Q.   And as we talked about earlier today,

 9    the higher the EGR rate, the more heat the EGR

10    cooler has to cool, right?

11            MS. HULSHIZER:  Objection to form.

12    BY THE WITNESS:

13        A.   Generally speaking, yes, but a cooler

14    is sized for the EGR flow rates.  The cooler is

15    sized to handle whatever the flow rate is.

16    BY MR. DENNETT:

17        Q.   Well, if that's the case, then how

18    could those higher peak temperatures cause

19    cracking in the cracked coolers?

20            MS. HULSHIZER:  Objection to form.

21    BY THE WITNESS:

22        A.   I think you're conflating two different

23    things.  So the flow rate of the EGR is not the

24    same as the temperature of the EGR.  You can be

William H. Osborne

1    flowing lots of EGR at a temperature that's well

2    below the design limit of the cooler.

3    BY MR. DENNETT:

4        Q.    Okay.

5        A.    So the EGR flow rate doesn't

6    necessarily correlate to the temperature that

7    the cooler is seeing.

8        Q.    But the higher the rate, the more --

9        A.    The more gas is flowing, but the

10   temperature of that gas is not the same thing as

11   how much gas is flowing.

12       Q.    All right.  But the more gas, the more

13   total heat has to be cooled by the cooler,

14   right?

15            MS. HULSHIZER:  Objection to form.

16   BY THE WITNESS:

17       A.    Well, no.  The heat rejection is -- the

18   heat rejection is more of a function of the gas

19   temperature than it is the flow rate.

20   BY MR. DENNETT:

21       Q.    What affects the gas temperature?

22       A.    The temperature of combustion, the

23   air-fuel mixture in the combustion chamber.

24       Q.    So at any given air-fuel mixture, if

William H. Osborne

1   you're putting more EGR back into the cooler,

2   the more heat rejection the cooler has to

3   handle, right?

4       A.   Again, yes, but it's sized for that.

5   It's sized to handle the flow.  But, you know,

6   what causes thermal cycling is not flow.  What

7   causes thermal cycling is the changes in

8   temperature.  So going from a high to a low

9   temperature and back and forth, you know, you

10  can think of it as the equivalent of a

11  mechanical stress if you take a beam and bend it

12  back and forth, back and forth like that.  What

13  really matters is, you know, how big the bends

14  are --

15      Q.   Right.

16      A.   -- not, you know -- so I guess I just

17  want to make clear that thermal cycling is a

18  function of maximum to minimum temperature, not

19  the flow rate of EGR in -- you know, through the

20  cooler.

21      Q.   But the higher the peak temperature,

22  the bigger the bends, right?

23      A.   Yes, yes.

24      Q.   And in an EGR cooler --

William H. Osborne

1    A.    So you can have a relatively low flow

2  rate and very high changes in peak-to-valley

3  temperatures, and that's what causes the thermal

4  stress.

5    Q.    But within a Navistar EGR cooler, did

6  you see big variations in the cracked cooler in

7  the valley, the low temperature?

8        MS. HULSHIZER:  Objection to form.

9  BY THE WITNESS:

10   A.    I don't know.  I can't remember that.

11 I can't remember that level of detail.

12 BY MR. DENNETT:

13   Q.    What sets that lowest level?  Is it the

14 temperature of the coolant?

15   A.    Yeah.

16   Q.    And is that going to vary any?

17   A.    Oh, of course.

18   Q.    Tell me how that varies.

19   A.    It varies with speed and load

20 conditions.  It varies with the efficiency of

21 the cooling system, you know.  So, for example,

22 if you have a plugged cooler, you're not getting

23 the same cooling capacity or if the cooler

24 somehow is -- you know, if the -- it varies with

William H. Osborne

1    the efficiency of the heat exchanger.

2            So, for example, you'll get different

3    cooling capacity depending on the airflow

4    underneath the hood.

5        Q.    Is there any reason to think the

6    airflow underneath the hood would vary vehicle

7    to vehicle?

8        A.    Yes, because the package varies from

9    vehicle to vehicle.  What's under the hood

10   varies from vehicle to vehicle.  That's kind of

11   what I meant when I say we build snowflakes

12   because there is lots of things underneath the

13   hood that varies from vehicle to vehicle.

14       Q.    But again, any vehicle that Navistar

15   puts on the market is tested to have adequate

16   airflow and cooling capacity, right?

17           MS. HULSHIZER:  Objection to form.

18   BY THE WITNESS:

19       A.    Well, as I said before, it's impossible

20   to test every potential vehicle combination.

21   BY MR. DENNETT:

22       Q.    Are you saying that Navistar puts

23   untested vehicles on the market?

24           MS. HULSHIZER:  Objection to form.

William H. Osborne

1  BY THE WITNESS:

2      A.    I'm saying to you that no manufacturer

3  tests every build configuration that they can

4  possibly offer.  What most engineered products

5  companies do when they have unmanageable

6  complexity is they test what they believe to be

7  the most severe conditions, and if they can

8  certify the most severe conditions, they deem

9  the less severe conditions to be acceptable.

10  BY MR. DENNETT:

11      Q.    So Navistar doesn't put any vehicles on

12  the market that it does not believe have

13  adequate airflow and cooling capacity, does it?

14      A.    Absolutely not.

15      Q.    What causes cooler plugging?

16      A.    Well, in this case from what I was told

17  it had to do with soot collection in the cooling

18  system that was brought on through a mechanism

19  of condensation.

20      Q.    And the soot came from the combustion

21  process?

22          MS. HULSHIZER:  Objection to form.

23  BY THE WITNESS:

24      A.    Originally I would say yes.

William H. Osborne

1    about before were the lubrication system and the

2    coolant system.

3        A.   Yeah, yeah.  But you asked me sort of a

4    generic question about how soot can get into the

5    coolant, and what I'm saying is there are seals

6    between the cooling system and the EGR system.

7    Any of those seals, a failure of any of those

8    seals would allow soot to enter into the cooling

9    system.

10       Q.   Assuming there was soot in the

11   lubrication system?

12       A.   No.  Assuming there was soot in the EGR

13   system.  So the cooler -- the cooler contains --

14   flows through it both coolant and EGR gas.

15       Q.   Right.

16       A.   It's a gas exchange, heat exchanger.

17   There has to be a seal between the coolant and

18   the gas.  If that seal is broken in any way

19   throughout the system, you can get gas

20   contaminating the coolant.

21       Q.   Ah, I see.  And is that what leads to

22   plugging?

23       A.   That's a different question.  I don't

24   know what leads to plugging because I wasn't

William H. Osborne

```
1   still kind of liquid?

2       A.   In kind of a semi -- like a sludge.

3       Q.   Okay.  How about overspeeds?  What does

4   that mean in this context?

5       A.   So when we were getting these turbo

6   bearing failures, what was happening is you were

7   getting excessive amounts of oil that was

8   leaking into the cylinder and combusting as if

9   it was fuel, and so you would eventually

10  overspeed the engine and you could fail the

11  entire engine.

12          So it was treated -- you know, the oil

13  was unaccounted for.  It was entering into the

14  cylinder.  So in addition to the fuel, you were

15  getting oil and the oil was combusting and then

16  so the engine was overspeeding and you could

17  essentially fail the engine at that point.

18      Q.   Help me understand.  Why does the --

19  why does oil entering the cylinder --

20      A.   Because the turbo bearing was failing.

21      Q.   No, no, no.  My question is simpler

22  than that.  Why does oil in the cylinder lead to

23  overspeed?  Does it --

24      A.   Because it combusts.  It's a fuel, just
```

William H. Osborne

1    like fuel.

2        Q.    And does it combust at a different rate

3    than fuel?

4        A.    Yes, but it's more fuel.

5        Q.    Ah, I see.  So it changes the ratio?

6        A.    Right.  So your calibration is

7    expecting a certain amount of fuel and air, and

8    you're putting in additional fuel that's

9    unaccounted for.  So there is more combustion

10   than expected, and eventually what happens is

11   you overspeed the engine.

12       Q.    Thank you.  That's very helpful.

13       A.    So that was also one of the failure

14   modes.

15       Q.    And I think we are going to get to some

16   of that a little bit later this afternoon, but I

17   appreciate that explanation.  That's one of the

18   fun parts about my job is I get to learn a

19   little bit about each case.

20       A.    So, I mean, you could kind of see in

21   this email what I'm truly trying to do is

22   establish that one or two failures in the system

23   leads to a lot of different problems.  That was

24   really the purpose of what became the



William H. Osborne





William H. Osborne



William H. Osborne



William H. Osborne

