# EXHIBIT M

**(filed under seal pursuant to protective order)**

Defendants produced the following as part of a native spreadsheet, bates numbered MDLNAV00479668.

For readability purposes, Plaintiffs extracted to two tabs from that spreadsheet. The "Data Information" tab is the first page of this exhibit. The "Summary" tab is the remaining pages of this exhibit.