# EXHIBIT N

**(Filed under seal pursuant to protective order)**