# EXHIBIT O

**(Filed under seal pursuant to protective order)**

Defendants produced the following as a native PowerPoint file, bates numbered MDLNAV00470009