# EXHIBIT P

**(Filed under seal pursuant to protective order)**