# EXHIBIT Q

**(Filed under seal pursuant to protective order)**