# EXHIBIT R

**(Filed under seal pursuant to protective order)**