# EXHIBIT S

**(Filed under seal pursuant to protective order)**