# EXHIBIT T

**(Filed under seal pursuant to protective order)**