# EXHIBIT U

**(Filed under seal pursuant to protective order)**