# EXHIBIT V

**(Filed under seal pursuant to protective order)**