# EXHIBIT W

**(Filed under seal pursuant to protective order)**