# **EXHIBIT Y**



**Attorneys**

1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Telephone (206) 682-5600
Facsimile (206) 682-2992

JASON T. DENNETT
jdennett@tousley.com

October 27, 2017

*VIA EMAIL*

Robin Hulshizer (ROBIN.HULSHIZER@lw.com)
Chris Dyess (Chris.Dyess@lw.com)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Re: Navistar - September 29 Meet and Confer Follow Up

Dear Robin:

    We write to follow up on certain requests for production discussed on our September 29 call.

    *RFP Nos. 8 and 9.* Please let me know if my October 10 email helped identify documents relevant to work done on Navistar's 2010-13 EGR-Only Engines by Engineering Systems, Inc., Kent Johnson, or the University of Michigan.

    *RFP No. 15* seeks design specs for the 2013-forward Navistar MaxxForce 11 and 13 SCR engines. Since our last conversation, Plaintiffs have determined how we might narrow our dispute. In 2012, Navistar's VP of Product Development David Majors stated that the only physical change to these engines from the 2010-13 EGR-Only Engines (other than the addition of the Cummins SCR system) was a single sensor.[1] However, he also said that Navistar was "cutting back on the EGR flow a little bit." If the statements from Mr. Major are correct, Plaintiffs would be satisfied with documents regarding the sensor change and documents regarding the change in EGR rate as a full response to RFP No. 15. Please let us know if Navistar is willing to produce such documents.

    *RFP No. 17* seeks Navistar's Parts 1, 2 and running change submissions to the EPA under 40 CFR Part 86. I understand Navistar's position to be that running change submissions are both burdensome to produce and cumulative of other documents it has produced. Running change submissions follow a very specific format, and require a narrative explanation of each change and the

---

[1] http://www.truckinginfo.com/news/story/2012/08/navistar-details-product-changes-thinking-behind-emissions-strategy-change.aspx

Robin Hulshizer
Chris Dyess
October 27, 2017
Page 2

reason for it. For a running change with a potential effect on emissions, the EPA required Navistar to submit test data.[2] This information is not cumulative, and is not available in other documents Navistar has produced. While we don't completely understand Navistar's claim of burden of producing these documents, other than they are not all kept in one place, it is outweighed by the importance of this information to Plaintiffs' case. Please let me know within the next two weeks if Navistar will agree to produce the responsive documents, otherwise we will prepare a motion to compel.

*RFP No. 25* seeks documents regarding the Amminex/EGNR program. If I understood our September 29 conversation, you stated that the EGNR program was for "special applications" only. If you are able to explain what those applications are, we could resolve the parties' differences on this request.

As always, we appreciate Navistar's willingness to work with Plaintiffs to resolve or at least narrow the parties' disputes. I look forward to hearing from you.

                                          Very Truly Yours,

                                          TOUSLEY BRAIN STEPHENS PLLC

                                          Jason T. Dennett

JTD

cc:       Plaintiffs' Counsel

5673/001/485581.1

---

[2] See explanation of the running change submission process beginning on p. 9 at *https://www.epa.gov/sites/production/files/.../compliance-nonroaddieselengines.pdf*