# **EXHIBIT HH**

# Kaufman, Andrew R.

| | |
|---|---|
| **From:** | Garrett.Long@lw.com |
| **Sent:** | Wednesday, December 27, 2017 10:30 AM |
| **To:** | Lichtman, Jason L.; jdennett@tousley.com |
| **Cc:** | Chris.Dyess@lw.com; ROBIN.HULSHIZER@lw.com |
| **Subject:** | Navistar MDL |

Jason –

As discussed on last Wednesday's meet and confer and consistent with those discussions and our previous correspondence, we have confirmed that we will not be producing the specific information related to SCR trucks.

Hope you're having a good holiday.

Garrett

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.


Latham & Watkins LLP