**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re Navistar MaxxForce Engines** | ) | **Case No. 1:14-cv-10318** |
| **Marketing, Sales Practices and Products** | ) | |
| **Liability Litigation** | ) | **This filing applies to:** |
| | ) | **All Class Cases** |
| | ) | |
| | ) | **Judge Joan B. Gottschall** |
| | ) | |
| | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties hereby move for an extension of time up to and including May 28, 2019 for Plaintiffs to file their Unopposed Motion for Preliminary Approval of Settlement. In support of their Motion, the Parties state as follows:

1. Plaintiffs' Motion for Preliminary Approval of Settlement is currently due to be filed on May 24, 2019.

2. On March 25, 2019, the Parties reached an agreement in principle to settle these claims, subject to negotiating remaining settlement terms and a definitive written settlement agreement.

3. Since March 25, 2019, the Parties have been negotiating in good faith to finalize settlement terms and have been preparing their papers in support of preliminary approval.

4. On May 17, 2019, the Court granted the Parties' previous Joint Motion for an Extension of Time for Plaintiffs to File Their Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 620), extending the deadline for Plaintiffs to file their Unopposed Motion for Preliminary Approval of Settlement from May 17 to May 24.

5. While the Parties have been working diligently to complete this settlement, they

presently require a few more days to complete their efforts.

6. The Parties respectfully believe that an extension up to and including May 28, 2019, will enable the parties to finalize the settlement terms such that Plaintiffs can file their Motion.

7. Should the Court grant this Motion, Plaintiffs intend to file their Motion on May 28, 2019, noticing it for Your Honor's motion May 31, 2019 motion call.

8. The Parties are prepared to appear before this Court for a hearing on preliminary approval on May 31, 2019 (rather than mere motion presentment), or at the Court's earliest convenience. The Parties respectfully submit that the unopposed nature of Plaintiffs' motion should facilitate that process.

WHEREFORE, based on the foregoing, the Parties respectfully request that this Court grant their Joint Motion: (a) allowing Plaintiffs up to and including May 28, 2019 to file their Unopposed Motion for Preliminary Approval; and (b) setting Plaintiffs' Unopposed Motion for Preliminary Approval for hearing on May 31, 2019, or as soon thereafter as it can be heard by the Court.

Dated: May 23, 2019

Respectfully submitted,

By: /s/ Adam J. Levitt
Adam J. Levitt
John E. Tangren
Amy E. Keller
Adam Prom
DiCELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: 312-214-7900

Jonathan D. Selbin
Jason L. Lichtman
Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500

William M. Audet
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco California 94102
Tel: 415-568-2555

*Plaintiffs' Interim Co-Lead Counsel*

Laurel G. Bellows
THE BELLOWS LAW GROUP, P.C.
209 South LaSalle Street, #800
Chicago, Illinois 60604
Tel: 312-332-3340

*Plaintiffs' Liaison Counsel*

-and with consent-

Robin M. Hulshizer (ARDC No. 6230994)
Cary R. Perlman (ARDC No. 6197698)
Mark S. Mester (ARDC No. 6196140)
Kathleen P. Lally (ARDC No. 6284954)
Garrett S. Long (ARDC No. 6290075)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel: 312-876-7700

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2019, I served the foregoing on all counsel of record via ECF.

                                                */s/ Amy E. Keller*