IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | ) ) ) ) ) ) ) ) ) | Case No. 1:14-cv-10318<br><br>This filing applies to:<br>All Class Cases<br><br>Judge Joan B. Gottschall |

**MOTION FOR EXTENSION OF PAGE LIMITS**

Pursuant to Local Rule 7.1, Plaintiffs respectfully file this motion for extension of the page limits for their Unopposed Motion for Preliminary Approval of Settlement. In support of their Motion, Plaintiffs respectfully state:

1. Plaintiffs' Motion for Preliminary Approval of Settlement is currently due to be filed on May 28, 2019.

2. So that Plaintiffs may adequately explain the settlement terms agreed to by the parties and reasons why the settlement should be preliminarily approved, Plaintiffs need additional pages beyond those allowed by this Court's Local Rules.

3. Plaintiffs believe that they will be able to explain the settlement terms and reasons why the settlement should be preliminarily approved in 30 pages.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion to extend the page limitations for their Unopposed Motion for Preliminary Approval of Settlement up to and including 30 pages.

Dated: May 28, 2019

Respectfully submitted,

By: */s/ Adam J. Levitt*
Adam J. Levitt
John E. Tangren
Amy E. Keller
Adam Prom
DiCELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: 312-214-7900

Jonathan D. Selbin
Jason L. Lichtman
Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500

William M. Audet
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco California 94102
Tel: 415-568-2555

*Plaintiffs' Interim Co-Lead Counsel*

Laurel G. Bellows
THE BELLOWS LAW GROUP, P.C.
209 South LaSalle Street, #800
Chicago, Illinois 60604
Tel: 312-332-3340

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

  I, Adam J. Levitt, hereby certify that on May 28, 2019, a copy of the foregoing document was filed electronically using the CM/ECF System, which will send notification of such filing to all counsel of record.

                  */s/ Adam J. Levitt*