**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | ) ) ) ) ) ) ) ) | Case No. 1:14-cv-10318<br><br>This filing applies to:<br>All Class Cases<br><br>Judge Joan B. Gottschall |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move the Court for preliminary approval of a nationwide class settlement in this multidistrict litigation. The Settlement Agreement is attached as **Exhibit A**. For the reasons explained in the attached Memorandum and supporting declarations, Plaintiffs request that the Court:

(1) find that it "will likely" be able to approve the Settlement at the final approval stage;

(2) find that it "will likely" be able to certify the Settlement Class at the final approval stage;

(3) approve the notice plan and appoint the parties' selected Settlement Administrator, JND Legal Administration;

(4) direct notice to the Class by appropriate means; and

(5) establish a schedule for a final approval hearing and attendant dates as proposed in Appendix A to the Memorandum with an eye towards bringing this litigation to an end this year.

Dated: May 28, 2019

Laurel G. Bellows
THE BELLOWS LAW GROUP, P.C.
209 South LaSalle Street, #800
Chicago, Illinois 60604
312.332.3340


Adam J. Levitt
Amy E. Keller
Adam Prom
DiCELLO LEVITT & CASEY LLC
Ten North Dearborn Street, 11th Floor
Chicago, Illinois 60602
312.214.7900

Respectfully submitted,

By: */s Jonathan D. Selbin*
Jonathan D. Selbin
Jason L. Lichtman
Andrew R. Kaufman
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
212.355.9500

William M. Audet
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco California 94102
415.568.2555

Case: 1:14-cv-10318 Document #: 631 Filed: 05/28/19 Page 3 of 3 PageID #:13659

## **CERTIFICATE OF SERVICE**

I certify that on May 28, 2019, I served the foregoing on all counsel of record via ECF.

                                    /s/ *Jonathan D. Selbin*

1730603.1