# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Navistar Maxxforce Engines Marketing, Sales Practices and Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:14−cv−10318

Honorable Joan B. Gottschall

Navistar, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2019:

MINUTE entry before the Honorable Joan B. Gottschall: The parties have proposed one condition that the court finds inadequately justified and will not approve: the condition that objectors list all cases in which they objected during the past five years. The parties assert that such a condition has been approved by some courts as a way of exposing "grifters," otherwise known as professional objectors. The court knows of no authority that would allow it to disregard an objection because of an objector's history of objecting; rather, the court believes caselaw in the circuit requires it to deal with the merits of objections. Thus, the court fails to understand what this condition accomplishes (and besides, this information is almost certainly publicly available). Moreover, the likelihood that someone buys or leases a Navistar truck in order to object to this settlement seems far−fetched. In the absence of Seventh Circuit authority and given the class definition in this case, the court would prefer to address objections on their merits and not attempt to identify "grifters" based on their objections. Further, the court will not stay the direct action cases without first hearing from the direct action plaintiffs. The direct action plaintiffs have five days, to and including June 12, to inform the court of their position on paragraph 21 of the Amended Proposed Preliminary Approval Order. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.