IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re Navistar MaxxForce Engines** | ) | Case No. 1:14-cv-10318 |
| **Marketing, Sales Practices and Products** | ) | |
| **Liability Litigation** | ) | This filing applies to: |
| | ) | All Class Cases |
| | ) | |
| | ) | Judge Joan B. Gottschall |
| | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL**
**APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move this Court for final approval of the proposed nationwide class action Settlement[1] in this multidistrict litigation. Plaintiffs request that this Court:

(1) grant final approval to the proposed class action Settlement;

(2) grant final certification of the Settlement Class; and

(3) find that adequate notice was provided to the Settlement Class Members.

For the reasons explained in the attached Memorandum of Points and Authorities and attached declarations, Plaintiffs request the Court grant this Motion.

---

[1] The Settlement Agreement appears at Dkt. 632-1. Capitalized terms not otherwise defined have the meanings defined in the Settlement Agreement.

Dated: September 10, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Adam J. Levitt<br>Adam J. Levitt<br>alevitt@dicellolevitt.com<br>DICELLO LEVITT GUTZLER, LLC<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, Illinois 60602<br>Telephone: (312) 214-7900<br><br>*Co-Lead Class Counsel* | /s/ Jonathan D. Selbin<br>Jonathan D. Selbin<br>jselbin@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>250 Hudson Street, 8th Floor<br>New York, New York 10013<br>Telephone: (212) 355-9500<br><br>*Co-Lead Class Counsel* |
| /s/ William M. Audet<br>William M. Audet<br>waudet@audetlaw.com<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, California 94105<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>*Co-Lead Class Counsel* | /s/ Laurel G. Bellows<br>Laurel G. Bellows<br>lbellows@bellowslaw.com<br>THE BELLOWS LAW GROUP, P.C.<br>209 South LaSalle Street, #800<br>Chicago, Illinois 60604<br>Telephone: (312) 332-3340<br><br>*Liaison Counsel* |

## **CERTIFICATE OF SERVICE**

      I certify that on September 10, 2019, I caused a copy of the foregoing to be served on all parties of record via the Court's ECF system.

                                                                    /s/ *Adam J. Levitt*