# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Navistar Maxxforce Engines Marketing, Sales Practices
and Products Liability Litigation, et al.

                        Plaintiff,

v.

                        Case No.:
                        1:14−cv−10318
                        Honorable Joan B.
                        Gottschall

Navistar, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2019:

      MINUTE entry before the Honorable Joan B. Gottschall: In accordance with the deadlines established in pre−trial order no. 29 [648], any objections to plaintiffs' motion for final approval of proposed class action settlement [672] and plaintiffs' motion for attorney fees and expenses and for class representative service awards [668] are due by and including 10/8/19. Any replies are due by and including 11/6/19. If at all possible, any class member who wishes to object should follow the procedures set out in paragraph 30 of the preliminary approval order [648]. Paragraph 30 is reprinted below. However, if for some reason a class member is unable to comply with paragraph 30, the class member may simply appear at the Fairness Hearing on November 13, 2019 at 10 a.m. Paragraph 30 reads as follows: Class Members who wish to object to any aspect of this Settlement, including the certification of the Class, the approval of the Settlement as fair, reasonable, and adequate, the appointment of Co−Lead Class Counsel, or the amount of fees and expenses that Co−Lead Class Counsel may apply for, shall be made in writing and filed with the Clerk of this Court and mailed to both Co−Lead Class Counsel and Defendants' Counsel no later than sixty (60) calendar days after the Notice Date, a total of one hundred and twenty (120) calendar days from the date of this Order. Any objection to the Settlement Agreement must be individually and personally signed by the member of the Settlement Class submitting it. If the member of the Settlement Class is an entity and not an individual, the objection must be signed by an officer or director of the entity and include an affidavit that attests to that person's ability to act on behalf of that entity. If the member of the Settlement Class is represented by counsel, the objection must also be signed by such counsel. Any objection must include: a. the objecting member of the Settlement Class's full name, address, and telephone number; b. the model, model year, and VIN of the objecting member of the Settlement Class's Class Vehicle(s), along with Proof of Membership in the Class; c. a written statement of all grounds for the objection, accompanied by any legal support for the objection; d. copies of any papers, briefs, or other documents upon which the objection is based; e. the name, address, email address, and telephone number of every attorney representing or assisting the objector; and f. a statement indicating whether the objector and/or his or her counsel intends to appear at the

Fairness Hearing and, if so, a list of all persons, if any, who will argue or testify in support of the objection. The Court will not hear from any persons at the Fairness Hearing, besides Co–Lead Class Counsel and Defendants' Counsel, who did not follow this procedure. Any Class Member who does not make an objection in the manner and by the date described here shall be deemed to have waived such objection. By objecting, or otherwise requesting to be heard at the Fairness Hearing as described below, a person shall be deemed to have submitted to the jurisdiction of this Court with respect to the objection or request to be heard and the subject matter of the Settlement. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.