**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Navistar Maxxforce Engines Marketing, Sales Practices
and Products Liability Litigation, et al.

                            Plaintiff,

v.                                                         Case No.:
1:14−cv−10318

Honorable Joan B.
Gottschall

Navistar, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 3, 2020:

    MINUTE entry before the Honorable Joan B. Gottschall: Enter order granting class plaintiffs' motion for final approval of the proposed class action settlement [672], overruling the objections to the proposed settlement [694], and granting class plaintiffs' motion for an award of attorneys' fees and expenses and for an award of class representative service awards [668]. The settling parties are directed to file a status report regarding the settlement on or before 3/16/2020. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.