# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | Master Case No. 1:14-cv-10318<br><br>Judge Joan B. Gottschall |

## OHIO LITIGANTS', DRASC, INC. AND S&C TRUCKS OF WINKLEPLECK, LTD., MOTION FOR AN ORDER EXCLUDING THEM FROM THE CLASS ACTION SETTLEMENT OR ALTERNATIVELY ENLARGING THEIR TIME TO OPT OUT

DRASC, Inc. and S&C Trucks of Winklepleck, Ltd. (referred to collectively as the "Drasc Plaintiffs") hereby respectfully move this Court pursuant to its general supervisory authority and under Federal Rules of Civil Procedure Rules 6(b) and 60(b)(1) for an order (1) finding that the Drasc Plaintiffs are not included in the settlement between the Named Plaintiffs and Defendants, Navistar, Inc. and Navistar International Corporation (the "Settlement"), and/or (2) extending the time for Drasc Plaintiffs to submit a formal opt-out notice from the Settlement Class and modifying the Judgment entered on January 21, 2020 (Doc. No. 746) by excluding Drasc Plaintiffs from the Settlement. In support of this motion, Drasc Plaintiffs state:

1. For several years now, the Drasc Plaintiffs have actively prosecuted claims against Navistar in the Tuscarawas County Court of Common Pleas (Ohio), where trial is scheduled to begin in June 2020 (the "Ohio Lawsuit"). The class parties did not inform this Court of the Drasc Plaintiffs' lawsuit. No one informed Drasc Plaintiffs' counsel of the class action settlement notice, despite the fact that

Navistar has known for years they represent the Drasc Plaintiffs. Moreover, the Drasc Plaintiffs did not receive the settlement notice. And, even if they had, the settlement notice does not specifically state that pending independent lawsuits would be dismissed in the absence of submitting an opt-out form. The Drasc Plaintiffs' actions in the Ohio Lawsuit since this Court's preliminary approval of settlement demonstrate they had no intent to participate in a class action settlement. The Drasc Plaintiffs and Navistar have engaged in more than 30 filings and exchanges (including hearings and inspections) and countless communications (including settlement demands by the Drasc Plaintiffs) in the Ohio Lawsuit subsequent to this Court's preliminary approval of settlement, during the opt out period, and also following the opt out period. Under the circumstances and the law set forth in the Memorandum in Support, the Drasc Plaintiffs should not be bound by the class action settlement.

2. Alternatively, the Court should extend the time under Rule 6(b) for the Drasc Plaintiffs to submit a formal opt-out notice because their failure to do so was the result of excusable neglect, and the Court should modify the judgment under Rule 60(b)(1) to reflect their exclusion.

This motion is supported by the Declaration of Matthew W. Onest, one of Drasc Plaintiffs' counsel, the Declaration of Rodney Gordon, and the Memorandum in Support filed by Drasc Plaintiffs that provides the factual and legal grounds for this motion.

Therefore, Drasc Plaintiffs respectfully ask the Court to grant this motion and to provide the relief requested.

Respectfully submitted,

*/s/ Owen J. Rarric*
Owen J. Rarric (OH # 0075367)
 (Admitted *pro hac vice*), and
Matthew W. Onest (OH # 0087907)
 (Admitted *pro hac vice*), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street NW,
Canton, OH 44718
Phone: (330) 497-0700
Fax: (330) 497-4020
orarric@kwgd.com; monest@kwgd.com

ATTORNEYS FOR DRASC, INC. AND
S&C TRUCKS OF WINKLEPLECK, LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, the foregoing was served upon all counsel of record via the District Court of Northern District of Illinois's CM/ECF System.

*/s/ Owen J. Rarric*
Owen J. Rarric (OH # 0075367)
 (Admitted *pro hac vice*), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.

ATTORNEYS FOR DRASC, INC. AND
S&C TRUCKS OF WINKLEPLECK, LTD.