# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Navistar Maxxforce Engines Marketing, Sales
Practices and Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:14−cv−10318

Honorable Joan B. Gottschall

Thompson Truck and Trailer Inc, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 11, 2021:

    MINUTE entry before the Honorable Joan B. Gottschall: As the parties to member case No. 14−cv−10320 (Farm Fresh Marketing) propose (ECF No. [913]), if closing papers have not been filed by 5/12/2021, a status report is due on that date. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.