## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Navistar Maxxforce Engines Marketing, Sales Practices and Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:14−cv−10318

Honorable Joan B. Gottschall

Navistar, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

MINUTE entry before the Honorable Joan B. Gottschall: In response to the order [963] dated 6/7/2022 suggesting closure of the MDL, this court has been informed by a representative of the clerk of the Judicial Panel on Multidistrict Litigation (JPML) that there exists no barrier to closure of the MDL and that the MDL will be closed upon entry of a closure order in this court. Accordingly, and for the reasons given in the order suggesting closure, the clerk of this court is directed to close the master docket, case no. 14−cv−10318. The clerk of this court is further directed to send a copy of this order to the clerk of the JPML. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.